FEDERAL SUBSISTENCE BOARD

WORK SESSION MEETING

TELECONFERENCE - ALASKA
JULY 16, 2020

MEMBERS PRESENT:

Anthony Christianson, Chairman
Rhonda Pitka, Public Member
Chad Padgett, Bureau of Land Management
Greg Siekaniec, U.S. Fish and Wildlife Service
Donald Striker, National Park Service
Gene Peltola, Bureau of Indian Affairs
David Schmid, U.S. Forest Service

Ken Lord, Solicitor's Office

Recorded and transcribed by:
Computer Matrix Court Reporters, LLC
135 Christensen Drive, Second Floor
Anchorage, AK  99501
907-243-0668; sahile@gci.net

Computer Matrix, LLC                    Phone: 907-243-0668
135 Christensen Dr., Ste. 2., Anch. AK 99501 Fax: 907-243-1473

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/19/20   Page 1 of 11
Exhibit age Page 41 of 11

```
 1                  P R O C E E D I N G S
 2
 3              (Teleconference - 7/16/2020)
 4
 5                  (On record)
 6
 7                  (Operator instructions)
 8
 9                  CHAIRMAN CHRISTIANSON:  Thank you,
10  Operator.  Welcome everybody to this Thursday, July
11  16th work session for the Federal Subsistence Board,
12  and I thank everybody for taking their time to call in
13  and work on these special actions that we have before
14  us today.
15
16                  With that, you know, we, prior to the
17  meeting had executive session and just were looking at,
18  you know, just getting a brief overview of some legal
19  issues that -- to brief us and give us a short update
20  because some of us are all new Board members and just
21  to make sure that we're all on the same page as we look
22  at our agenda before us and start to make actions, and
23  so I appreciated that session there.
24
25                  So with that I'm going to go ahead and
26  open up the floor to review and adopt the agenda.
27
28                  MS. DETWILER:  Mr. Chair, this is Sue.
29  Do you want me to quickly go over what's in the agenda?
30
31                  CHAIRMAN CHRISTIANSON:  Yeah, Sue, if
32  you wouldn't mind, you can go ahead and just review the
33  agenda and then after we do review the agenda there we
34  can entertain a motion to adopt.
35
36                  MS. DETWILER:  Okay, thank you.  So
37  today's agenda we have five special actions and the
38  order that they're currently on the agenda, I will go
39  -- just briefly touch on each of those.
40
41                  The first one is Wildlife Special
42  Action 20-05 pertaining to moose in Unit 18.
43
44                  Next agenda item is Wildlife Special
45  Action 20-04 pertaining to caribou in Units 9, 17, 18
46  and 19.
47
48                  Next is Wildlife Special Action 20-01
49  pertaining to caribou in Unit 13.
50
```

Computer Matrix, LLC      Phone: 907-243-0668
135 Christensen Dr., Ste. 2., Anch. AK 99501 Fax: 907-243-1473

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/18/20   Page 2 of 11
Exhibit 4, Page 42

Page 43

```
 1                    MS. DETWILER:  Okay.
 2
 3                    Anthony Christianson, Chair.
 4
 5                    CHAIRMAN CHRISTIANSON:  Yes, I support
 6    as stated.
 7
 8                    MS. DETWILER:  Okay.  Motion passes
 9    seven to zero.
10
11                    And that will bring us to Wildlife
12    Special Action 20-03 pertaining to moose and caribou in
13    Unit 13 and, again, that's Lisa Maas.
14
15                    CHAIRMAN CHRISTIANSON:  We'll call on
16    Lisa to provide the analysis, thank you.
17
18                    MS. MAAS:  All right, thank you, Mr.
19    Chair.  Again, for the record my name is Lisa Maas and
20    I'll be presenting a summary of the analysis for
21    Temporary Wildlife Special Action WSA20-03.
22
23                    WSA20-03 was submitted by Kirk Wilson
24    of Glennallen and requests that the Federal Subsistence
25    Board close Federal public lands in Unit 13 to the
26    hunting of moose and caribou by non-Federally-qualified
27    users for the 2020/21 season.
28
29                    The proponent states that this closures
30    is necessary due to extreme hunting competition from
31    high numbers of non-Federally-qualified users which
32    precludes a rural subsistence priority and results in
33    low harvest success by Federally-qualified subsistence
34    users.  Because of this, the proponent states:  action
35    is necessary to ensure the continuation of Federal
36    subsistence uses of moose and caribou in Unit 13 and
37    for reasons of public safety because there are too many
38    non-Federally-qualified users to safely hunt and pass
39    on customary and traditional harvest practices.
40
41                    The proponent further states that this
42    request could serve as an experiment to evaluate the
43    potential of a Federal lands closure as a long-term
44    solution to increasing harvest success rates and
45    providing for the subsistence uses of Federally-
46    qualified subsistence users.
47
48                    In 2002 the Board rejected Proposal
49    WP02-17 which requested closure of Federal lands in
50
```

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/11/20   Page 3 of 11
Exhibit 1 - Page 43

 1    Units 13A and 13B to moose and caribou hunting by non-
 2    Federally-qualified users.  The Board, Southcentral
 3    Regional Advisory Council, InterAgency Staff Committee
 4    and the Alaska Department of Fish and Game all opposed
 5    this closure because it would not result in
 6    conservation benefit due to the limited amount of
 7    Federal public land in Unit 13 because additional
 8    opportunity existed for Federal subsistence users to
 9    hunt on Federal public lands after the State season
10    closed and because of the more liberal Federal harvest
11    limit and longer season.
12
13                    In 2019 the Board rejected Temporary
14    Wildlife Special Action WSA19-03 which requested
15    closure of the Federal public land in Unit 13 to
16    caribou and moose hunting by non-Federally-qualified
17    users for the 2019/20 season.  The Board determined the
18    requested closure was not warranted for conservation,
19    continuation of subsistence uses or safety reasons.
20    Federally-qualified subsistence users annual harvest
21    rates have remained fairly consistent in comparison to
22    the annual harvest rates by non-Federally-qualified
23    users.  In addition the closure would not have
24    alleviated public safety concerns as non-Federally-
25    qualified users would still have been able to cross
26    Federal public lands to access State and private lands.
27
28                    In September of 2019, ADF&G issued an
29    emergency order to extend the closing date for all
30    State caribou hunts in Unit 13 by 10 days to September
31    30th to help reduce the size of the Nelchina Herd.
32
33                    Resident Hunters of Alaska submitted
34    written comments in opposition of WSA20-03 stating the
35    closure is not needed because the Nelchina is above
36    population objectives, additional harvest is needed and
37    ample opportunity exists for all hunters.  A member of
38    the public also submitted written comments in
39    opposition to the request stating that public lands are
40    for all members of the public, not just some, and
41    plenty of hunting opportunity already exists.  ADF&G
42    submitted written comments on WSA20-03 stating no
43    conservation concerns exists for either moose or
44    caribou in Unit 13 and hunting pressure has not been
45    shown to displace moose or caribou from traditional
46    migration corridors.  ADF&G further commented that a
47    closure would not likely affect hunting success of
48    Federally-qualified users or address public safety
49    concerns.

50

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/18/20   Exhibit age Page 44 of 11

```
 1                During the public hearing for WSA20-03
 2   13 people testified, five in opposition, and seven in
 3   support.  Opposition to the request included a lack of
 4   need because no conservation concerns exist and that
 5   public lands should be open to everyone.  Several
 6   supporters of the request referenced Title VIII of
 7   ANILCA calling for a rural subsistence priority.  One
 8   testifier pointed out that ADF&G has extended the
 9   State's fall caribou season in recent years precluding
10   a rural priority from a longer fall season.  Other
11   testifiers mentioned that Federal lands in Unit 13 only
12   compromise a small portion of the unit and State
13   hunters have plenty of other areas to hunt while other
14   Federal lands in the area are difficult to access.
15   Another testifier stated that law enforcement was a
16   major reason the Board rejected WSA19-03, however,
17   enforcement is an agency issue and not a reason for the
18   Board to reject or approve a request under ANILCA.
19
20                The proponent of this request testified
21   that the influx of caribou hunters during moose season
22   takes away moose hunting opportunity from Federally-
23   qualified subsistence users.  He further stated that
24   the area is too crowded to safely hunt as people aim
25   guns at one another and shoot over people's heads.
26
27                Several other testifiers echoed these
28   safety and overcrowding concerns.  One stated he no
29   longer hunts in the area because of the terrible
30   overcrowding.
31
32                The relevant caribou biology was just
33   presented as part of WSA20-01 so I will move on to
34   moose.
35
36                Moose populations in Unit 13 have grown
37   since 2001.  Since 2008 the Unit 13 moose population
38   has been within State management objectives.  In 2019
39   the unit-wide population estimate was 19,000 moose.
40   However, the Unit 13 moose population dropped below
41   subunit population objectives in 2013 where it has
42   remained.  Fall bull/cow ratios have been above State
43   management objectives since 2004, however, the lowest
44   bull/cow ratios have been found in the most accessible
45   portions of each subunit.  Calf/cow ratios have been
46   below State management objectives since 2001 only
47   averaging 20 calves per 100 cows, however, despite
48   these low ratios population estimates demonstrate a
49   gradually increasing population trend.
50
```

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/19/20   Exhibit 4   Page 5 of 11

 1              Conflicts between local and non-local
 2   hunters has been a longstanding issue in Unit 13.
 3
 4              In 2009 to 2013 household surveys,
 5   almost every Unit 13 community noted concern over non-
 6   local hunters stating that non-local hunters who have
 7   lots of expensive equipment were out competing local
 8   hunters and driving game away.  Public testimony in
 9   support of WSA19-03 included many concerns over intense
10   hunting pressure, unsafe hunting conditions, over
11   crowding, deflection of game and increased difficulty
12   for Federally-qualified subsistence users to harvest
13   both moose and caribou in Unit 13.  Testimony in
14   opposition to WSA19-03 also noted safety concerns but
15   included solutions other than closures, such as
16   limiting permit numbers, restricting shooting within a
17   quarter mile of the road, increased law enforcement and
18   public education.
19
20              During the Board's deliberation on
21   WSA19-03 five people testified in support of the
22   request and all testimony focused comments on the BLM
23   lands on the Richardson Highway around Paxon describing
24   this area as a combat hunting zone.
25
26              Most of the relevant caribou harvest
27   was just shared during WSA20-01 presentation, however,
28   I will also add that between 2001 and 2018 harvest
29   success rates for the Federal caribou hunt showed
30   substantial annual variation but only a very slight
31   decreasing trend.  Between 2001 nd 2009 success rates
32   averaged 31 percent, while between 2010 and 2018
33   success rates averaged 28 percent.  Federally-qualified
34   subsistence users can also hunt under State
35   regulations.  According to ADF&G success rates for
36   Federally-qualified users hunting under State
37   regulations from 2001 to 2016 averaged 38 percent
38   compared with a 58 percent success rate for non-
39   Federally-qualified users during this time period.
40
41              Moving on to moose harvest.
42
43              Similar to caribou, Unit 13 is a
44   popular place to moose hunt due to its road
45   accessibility.  While Federal seasons open August 1st,
46   whereas State seasons open September 1st, most moose
47   are harvested in mid-September when bulls are more
48   susceptible to harvest.  Between 2006 and 2018 an
49   average of 930 moose were reported harvested each year.




50

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/19/20   Exhibit 4   Page 6 of 11

```
 1     Over the same time period an average of 4,700 people
 2     hunted under State regulations each year with a 17
 3     percent success rate, while an average of 600 people
 4     hunted under Federal regulations each year with an 11
 5     percent success rate.  Most moose harvest on Federal
 6     lands occurs in Unit 13B.
 7
 8               If this request is approved, Federal
 9     public lands in Unit 13 will be closed to moose and
10     caribou hunting by non-Federally-qualified users for
11     the 2020/21 regulatory year.  While Federal public
12     lands compromise 12.4 percent of Unit 13, the BLM lands
13     in Units 13A and 13B, which only comprise 2.7 percent
14     of the unit are the focus of the immense hunting
15     competition, overcrowding, user conflict and safety
16     concerns.  Therefore, the effects of this request will
17     focus on these BLM lands.  According to ANILCA, Section
18     .815(3) Federal public lands may be closed to non-
19     subsistence uses only when necessary for the
20     conservation of healthy wildlife populations, to
21     continue subsistence uses of such population or for
22     reasons set forth in Section .816, which includes for
23     reasons of public safety.
24
25               Closures for conservation is not
26     warranted as moose and caribou populations are within
27     or above management objectives.  The effectiveness of
28     the closure for the continuation of subsistence uses of
29     caribou is uncertain as caribou harvest is primarily
30     related to availability and caribou have not been
31     available on Federal public lands in recent years.
32     However, as most caribou harvest occurs under State
33     regulations and caribou in Unit 13 experience extremely
34     heavy hunting pressure, a closure may reduce
35     competition and limit disruption to caribou movements
36     which may increase hunting opportunity and harvest
37     success by Federally-qualified subsistence users.
38
39               Closure for continuation of subsistence
40     uses of moose may be warranted.  Harvest success rates
41     are lower under Federal regulations than under State
42     regulations.  A closure may reduce competition from
43     non-Federally-qualified users, increasing hunting
44     opportunity and harvest success of Federally-qualified
45     subsistence users.
46
47               Closure for reasons of public safety
48     may be warranted.  Safety concerns resulting from
49     intense hunting pressure, overcrowding, disruption of
50
```

Computer Matrix, LLC                    Phone: 907-243-0668
135 Christensen Dr., Ste. 2., Anch. AK 99501 Fax: 907-243-1473

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/14/20   Page 7 of 11
Exhibit 1   Page 47

1  hunts, and unsafe shooting practices have been
2  repeatedly stated by all user groups.  While these
3  concerns may be better addressed through increased law
4  enforcement or restrictions along road sides, these
5  options have not been implemented and are outside of
6  the Board's authority.  These safety concerns have been
7  an issue for decades and have resulted in displacement
8  of Federally-qualified subsistence users who do not
9  feel safe hunting in the area.
10
11                 The OSM conclusion is to support
12  Temporary Special Action WSA20-03 with modification to
13  close Federal public lands to moose and caribou hunting
14  by non-Federally-qualified users in Units 13A and 13B
15  only for the 2020/22 regulatory cycle.  Extending this
16  request to the 2021/22 regulatory year will reduce the
17  administrative burden associated with processing
18  special action requests.  A proposal for this closure
19  could not take effect until July 1st, 2022, and that
20  this has been an issue for decades, no change in the
21  situation are expected between this year and next year.
22
23                 Thank you, Mr. Chair.
24
25                 I'd be happy to answer any questions.
26
27                 CHAIRMAN CHRISTIANSON:  Thank you for
28  the analysis, Lisa.  Any questions for Lisa.
29
30                 MR. PELTOLA:  Mr. Chair, BIA.
31
32                 CHAIRMAN CHRISTIANSON:  You have the
33  floor.
34
35                 MR. PELTOLA:  Thank you, Mr. Chair.
36  So, Lisa, I was looking back through the analysis for
37  our previous special action that the Board addressed
38  and going to this one and I couldn't find anything in
39  the analysis for this so I was wondering if you could
40  answer some questions for me.
41
42                 With regard to caribou harvest in GMU
43  23, if I look at the State reg books it says we have
44  RC561, RC562, we have a community harvest system CC001
45  permit that we have a drawing, VC485, could you tell me
46  how many permits have been issued for caribou under
47  those various scenarios?
48
49                 MS. MAAS:  Gene, I don't think I --

50

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/14/20   Page 8 of 11   Exhibit 4, Page 48 of 34

```
 1    hold on, I don't think I have that information offhand,
 2    like just by permit, so under Federal -- I mean Federal
 3    harvest is by FC1302.
 4
 5                    MR. PELTOLA:  Correct.
 6
 7                    MS. MAAS:  And so I can give you
 8    numbers for Federal harvest under FC1302 and then I can
 9    give you numbers for like total state harvest, but I
10    don't have numbers, you know, offhand for different
11    State hunts.
12
13                    MR. PELTOLA:  So what I was looking at
14    was that so during the analysis you gave the history
15    about -- I'm sorry, you gave the history of GMU13,
16    sorry about that, and then part of that history was the
17    Board addressed a similar proposal 19-03 which was
18    rejected by the Board, so over the years the Board has
19    been exposed to heavy competition, and heavy
20    competition can be reflective of then, because this is
21    a regular -- a permit hunt in different capacities, the
22    competition could be regulated or addressed via permit
23    issuance, if there is a perception of, or realized
24    heavy competition, then a reduction of permits could be
25    utilized to reduce that potential competition.  Safety
26    per the terms, the place is flooded, a lot of
27    competition, people aren't hunting there because
28    there's so many people, a safety aspect could be
29    addressed by a reduction in permits.  So what I'm
30    trying to get at is there are permits issued for this
31    hunt in GMU13 from the Federal program and the State
32    program, so I was trying to find something with regard
33    to how many permits are issued in the Federal program
34    and the State program to see if there's actually been a
35    reduction in permits, therefore, a potential reduction
36    in the competition or safety concern.  And the reason I
37    ask that is in the State's correspondence in the
38    previous, in the May 20th letter from the Department,
39    under Unit 13 caribou hunt structure for regulatory 18
40    -- RC561 had 4,586 permits, a quota of 500; RC562 had
41    4,181 permits, a quota of 500, CC01 had 838 permits for
42    a quota of 400, VC45 had 5,000 permits for a quota of
43    250.
44
45                    And so I was, you know, quickly adding
46    up, that's eight, nine, 14, 17 -- roughly 17,000
47    permits issued so I was just trying to see if the trend
48    had been increasing, decreasing, or remaining the same
49    with regard to those permit issuances.
50
```

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/17/20   Page 9 of 11   Exhibit Page 49

```
 1                    Thank you much.
 2
 3                    Mr. Chair.
 4
 5                    MS. MAAS:  Through the Chair.  I can
 6   give you numbers of hunters, which is kind of a
 7   reflection on numbers of permits and, I mean, you may
 8   be aware that the RC permits, I mean they are a
 9   registration permit but there's some limitations on
10   there like if you get that permit through the State you
11   can only hunt caribou in Unit 13 and nowhere else in
12   the state, whereas, if you get that draw permit you can
13   hunt caribou in Unit 13 and anywhere else.  So it's
14   just, you know, kind of a benefit, you know, if people
15   are able to get that draw permit, it gives them more
16   flexibility and opportunity.
17
18                    So for the Federal caribou hunt, hunter
19   numbers has only slightly increased.  Between 2001 and
20   2009, the number of hunters under Federal regulations
21   was 1,322 and between 2010 and 2018 hunter numbers
22   averaged 1,469 hunters.  So that was just a slight
23   increase under Federal regulations.
24
25                    And then, again, I mean State -- yeah,
26   I could probably get you the State hunter numbers but
27   it's going to take me a moment.
28
29                    MR. PELTOLA:  Yeah, Mr. Chair, if I
30   may, BIA again.  Under that same letter dated May 20th,
31   2020, under GMU13, at least regard to regulatory 18,
32   for those hunts I cited a number of permits issued,
33   they also have number of hunted permits and that's kind
34   of reflective of, you know, those that received a
35   permit, did not hunt, so RC561 is 1,7(indiscernible)
36   hunted, RC562 is 2,080 hunted, CC001 was 376 hunted,
37   VC45 was 1,233 and so that comes up with a total just
38   shy of 5,500 hunters.
39
40                    Thank you, Mr. Chair.
41
42                    CHAIRMAN CHRISTIANSON:  Any other
43   questions for the Staff.
44
45                    MR. SIEKANIEC:  Mr. Chair, this is
46   Greg.
47
48                    CHAIRMAN CHRISTIANSON:  Greg, go ahead.
49
50
```

Computer Matrix, LLC                    Phone: 907-243-0668
135 Christensen Dr., Ste. 2., Anch. AK 99501 Fax: 907-243-1473

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/20/20   Exhibit A   Page 10 of 11

Page 10 of 34

```
 1                  MR. PADGETT:  The proponents primary
 2   rationale for submitting this request was for
 3   experimental reasons to evaluate if harvest success
 4   rates of Federally-qualified subsistence users would
 5   improve, which is outside of the scope of this Board's
 6   regulatory authority.  The closure was not shown to be
 7   necessary for the continuation of subsistence uses of
 8   moose and caribou populations.  Annual harvest rates of
 9   Federally-qualified subsistence users have remained
10   fairly consistent and the low Federal harvest in 2019
11   was more a function of lack of availability of caribou
12   during the harvest period, rather than the interference
13   from non-Federally-qualified users, however, many
14   Federally-qualified subsistence users do feel displaced
15   by the influx of non-local hunters into the area.
16
17                  The closure is also not necessary for
18   reasons of public safety.  Such a closure would only
19   serve to shift where non-local hunters would go to
20   harvest animals.  The OSM analysis indicates that such
21   a shift may, in fact, serve to further disrupt hunting
22   by Federally-qualified subsistence users and such a
23   closure would not prevent non-Federally-qualified users
24   from accessing BLM lands in order to travel from the
25   road to State-managed lands.  It could also concentrate
26   non-local hunters along road accessible, State-managed
27   lands, which may increase safety concerns in those
28   areas.  This, coupled with the complex and ill-defined
29   boundaries between State and Federal lands in Unit 13
30   make navigating such a closure difficult at best.
31
32                  Additionally, issues related to unsafe
33   shooting practices and other user conflicts are best
34   addressed by law enforcement.
35
36                  As indicated in the OSM analysis, this
37   closure is also not necessary for the conservation of
38   healthy populations of moose or caribou in Unit 13 as
39   population estimates for both species meet State
40   management objectives.  While bull, cow and calf/cow
41   ratios for caribou have fluctuated over time, long-term
42   averages for both indicate that the Nelchina Caribou
43   Herd is healthy and can sustain the current level of
44   harvest.  In addition, both caribou and moose
45   populations are routinely monitored and the data
46   gathered is used to inform management plans and
47   establish sustainable harvest guidelines.
48
49                  Last year this Board opposed a similar
50
```

# Changes in Caribou Hunting Regulations in Unit 23
## Frequently Asked Questions on Closure of
## Federal Public Lands to Non-Federally Qualified Users
### Important July 2017 Update



There has been an important change in the closure of federal public lands in Game Management Unit 23 to non-federally qualified users. Last year (2016-17) <u>all</u> federal public lands in this unit were closed to caribou hunting by non-federally qualified users. This year (2017-18) only <u>some</u> federal public lands are closed to non-federally qualified users (see map on following page). This is the result of the Federal Subsistence Board's decision on a request submitted by the Northwest Arctic Subsistence Regional Advisory Council.

This fact sheet answers common questions about this closure. The main highlights are:

- **The closure for 2017-18 is different than in 2016-17: This year only SOME of the Federal public lands in Game Management Unit 23 are closed to caribou hunting by "non-Federally qualified users."**
  - The following page describes the area affected by the closure for 2017-18, which we will refer to as the "closure area," including the Squirrel, Eli and Agashashok (Aggie) River drainages and parts of the Noatak River.
- Only "Federally qualified users" are allowed to hunt caribou on Federal public lands in the closure area (see #2 and #3 below).
- "Federal public lands" in the closure area are lands and waters managed by the National Park Service and Bureau of Land Management.
  - State and private lands, including Alaska Native corporation lands (e.g. NANA and KIC lands) are NOT subject to this closure.
  - Federal public lands outside the closure area are NOT subject to the closure.
- This closure ONLY applies to caribou hunting, not hunting for other animals such as moose, bear, etc.
- This closure is in effect for one regulatory year (July 1, 2017 through June 30, 2018).

For more information, please contact the appropriate land manager below:

| National Park Service | U.S. Fish & Wildlife Service | Bureau of Land Management |
|---|---|---|
| Maija Lukin | Susan Georgette | Bruce Seppi |
| Superintendent | Refuge Manager | Biologist |
| (907) 442-3890 | (907) 442-3799 | (907) 267-1282 |
| maija_lukin@nps.gov | susan_georgette@fws.gov | bseppi@blm.gov |

This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 1 of 5




## 1. Where does the 2017-18 Federal closure apply?

The Federal Subsistence Board has enacted a temporary closure for a limited area of Unit 23. The closed area covers Federal public lands within the Squirrel, Eli, and Agashashok (Aggie) River drainages, and within a 10 mile wide corridor (5 miles either side) along the Noatak River from the western boundary of Noatak National Preserve upstream to the confluence with the Cutler River. The closure restricts caribou hunting by non-Federally qualified users, but allows subsistence hunting by Federally qualified subsistence users for the July 1, 2017 – June 30, 2018 regulatory year.

The closure area is shown in the map below with a black outline and black crosshatching lines.



## 2. Who is eligible to hunt caribou on federal public lands in Unit 23?

Beginning July 1, 2017, ONLY "Federally qualified users" are eligible to hunt caribou on Federal public lands in the closure area. "Federally qualified users" are rural residents who have been determined by the Federal Subsistence Board to have a customary and traditional use of caribou in Unit 23 (see #3 for more information).

Other Federal public lands in Unit 23 outside the closure area are open to caribou hunting as they would generally be under State hunting regulations; however, National Park Service lands have additional restrictions on eligibility to hunt on Cape Krusenstern National Monument, Kobuk Valley National Park and Gates of the Arctic National Park (see #3 below for more information).

## 3. Who is a "Federally qualified user" for caribou in Unit 23?

You must have your primary, permanent place of residence in one of the following units or communities to be a "Federally qualified user" eligible to hunt caribou on Federal public lands in the closure area in Unit 23:

| Eligible Game Management Units | This includes but is not limited to these communities: |
|---|---|
| **Unit 21D (west of the Koyukuk and Yukon Rivers and Galena)** | Galena, Kaltag, Koyukuk, and Nulato |
| **Unit 22** | Brevig Mission, Council, Elim, Gambell, Golovin, Koyuk, Little Diomede, Nome, Saint Michael, Savoonga, Shaktoolik, Shishmaref, Stebbins, Teller, Unalakleet, Wales, and White Mountain |
| **Unit 23** | Ambler, Buckland, Deering, Kiana, Kivalina, Kobuk, Kotzebue, Noatak, Noorvik, Point Hope, Selawik, and Shungnak |
| **Unit 24** (including residents of Wiseman but not including other residents of the Dalton Highway Corridor Management Area) | Alatna, Allakaket, Anaktuvuk Pass, Bettles, Evansville, Hughes, Huslia, Wiseman |
| **Unit 26A** | Atqasuk, Barrow, Nuiqsut, Point Lay, and Wainwright |

Anyone permanently residing in a Game Management Unit NOT on this list, including areas such as Anchorage, Fairbanks, Mat-Su Valley, Kenai, etc., is a "non-Federally qualified user" and is NOT eligible to hunt caribou on Federal public lands in the closure area during 2017-18. This includes former residents (both Alaska Native and non-Native) of the units listed above, even if they grew up in those units. Non-Federally qualified users may still hunt caribou in Unit 23 on some Federal public lands outside the closure area (see NPS info below), and on State-managed lands and private lands.

IMPORTANT NOTE: The National Park Service has additional restrictions on who can hunt for any species in Cape Krusenstern National Monument, Kobuk Valley National Park, and Gates of the Arctic National Park. These areas are open ONLY to subsistence hunters who reside in "resident zone communities." For Cape Krusenstern National Monument and Kobuk Valley National Park, "resident zone communities" include all communities within the NANA region. For Gates of the Arctic National Park, "resident zone communities" include the communities of Ambler, Kobuk, Shungnak, Anaktuvuk Pass, Nuiqsut, Wiseman, Bettles/Evansville, Alatna, Allakaket, and Hughes.

-----------------------------------------------------------------------

This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 3 of 5

  

### 4. What are "Federal public lands?"

This closure applies to "Federal public lands" within the closure area described in #1. Under Federal law, Federal public lands in the closure area include all Federal land, and **all waters** within and adjacent to the external boundaries of Noatak National Preserve. On Bureau of Land Management (BLM) lands, the closure applies to BLM lands and to non-navigable waters adjacent to BLM lands. Please see the map on page 2 for general location of Federal public lands in the closure area; contact the respective land manager for information about specific areas.

### 5. How long will this closure be in effect?

Unless rescinded earlier, this closure of caribou hunting to non-Federally qualified users is in effect for one regulatory year beginning July 1, 2017 through June 30, 2018.

### 6. If I am NOT eligible to hunt caribou, can I help someone who is eligible?

If you are not eligible to hunt caribou, you can be present but CANNOT participate in the taking of caribou on Federal public lands in the closure area. Once the take is complete, you may assist the hunter with the cleaning, salvage, or processing of a legally harvested animal. Please see the definitions section at the end of this fact sheet for the definition of "taking" or consult with the appropriate Federal land manager.

### 7. If I'm eligible to hunt, can I send or give caribou to people not eligible to hunt?

Yes. You can share legally taken caribou with whoever you want.

### 8. Can a non-Federally qualified user take caribou from a boat or while caribou are swimming?

A non-Federally qualified user CANNOT take caribou in or from the water in closed portions of Noatak National Preserve, where rivers and water bodies are subject to Federal subsistence regulations (see #4). These waters are considered "Federal public lands" and are closed to the taking of caribou beginning July 1, 2017 by non-Federally qualified users.

The regulations are different for Bureau of Land Management (BLM) lands. The closure applies to BLM lands and to non-navigable waters adjacent to BLM lands. In areas generally under BLM management, such as the Squirrel River drainage, rivers or water bodies adjacent to lands owned or selected by the State of Alaska or Alaska Native corporations or other private lands are not subject to this closure. This includes much of the lower Squirrel River corridor. This means that non-Federally qualified users are not prohibited from hunting swimming caribou in waters adjacent to State or Alaska Native corporation lands in the Squirrel River area, if they otherwise would be allowed to do so. Please contact BLM for more details.

### 9. Can a non-Federally qualified user take caribou on gravel bars along navigable waters below the "ordinary high water mark" when the adjacent uplands are Federal public lands?

When the adjacent uplands are Federal public lands, the strip of land—often a gravel or mud bar—between the edge of a river and the "ordinary high water mark" is open in some areas to caribou

-------------------------------------------------------------------------------------------

This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 4 of 5

  

Case 3:20-cv-00195-SLG    Document 3-3    Filed 08/10/20    Exhibit 2-5    Page 4 of 5

hunting by non-Federally qualified users. For the 2017-18 closure area, non-Federally qualified users are allowed to hunt caribou between the edge of a river and the ordinary high water mark along navigable waters in Noatak National Preserve and on BLM lands.

PLEASE NOTE: While non-Federally qualified users are allowed to hunt caribou between the edge of a river and the ordinary high water mark, both the hunter AND the caribou must be *above* the actual water line but *below* the mean high water mark for the harvest to be legal. **Hunters are strongly urged to use caution and extremely good judgment if hunting in this narrow strip of land to avoid the risk of violating the law.**

### *10. How do I know where the "ordinary high water mark" is?*

In the field, the "ordinary high water mark" generally means where vegetation starts along a water body. The technical definition of ordinary high water mark is defined at the end of this fact sheet.

### *11. Can a non-Federally qualified user who legally takes a caribou below the ordinary high water mark bring their game back to a camp on Federal public lands above the ordinary high water mark?*

Yes, but the hunter should have proof that the caribou was taken below the ordinary high water mark. A cell phone photo of the kill site is one way to do this.

---

DEFINITIONS

*Family* means all persons related by blood, marriage, or adoption or any other person living within the household on a permanent basis (from 50 CFR 100.4).

*Take* or *taking* as used with respect to fish or wildlife, means to pursue, hunt, shoot, trap, net, capture, collect, kill, harm, or attempt to engage in any such conduct (from 50 CFR 100.4).

The *ordinary high water mark* on a non-tidal river is the line on the shore established by the fluctuations of water and indicated by physical characteristics such as a clear, natural line impression on the bank; shelving; changes in the character of soil; destruction of terrestrial vegetation; the presence of litter and debris; or other appropriate means that consider the characteristics of the surrounding areas [from 33 CFR 329.11(a)(1)].

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 5 of 5



**From:** Maas, Lisa <Lisa_Maas@fws.gov>
**Sent:** Friday, July 31, 2020 4:08 PM
**To:** Mulligan, Benjamin J (DFG) <ben.mulligan@alaska.gov>
**Cc:** Burch, Mark E (DFG) <mark.burch@alaska.gov>; Pappas, George E <george_pappas@fws.gov>
**Subject:** Re: [EXTERNAL] FW: News Release: Changes in Federal Moose and Caribou Hunting Regulations in Unit 13: Frequently asked questions on closure of Federal public lands to non-Federally qualified users

Hi Ben,

The actual "water" parts of the rivers is considered Federal public lands.

You may recall (or maybe this was before your time?), but that question was addressed in the FAQ factsheet for the Unit 23 caribou closure (see attached) and went through alot of review by LE, federal agency staff and the solicitor. The answer in the Unit 13 factsheet was taken almost verbatim from the Unit 23 factsheet.

According to 50 CFR 100.4, "*Federal lands* means lands and waters and interests therein the title to which is in the United States, **including navigable and non-navigable waters** in which the United States has reserved water rights."

According to 50 CFR 100.3(c), "The regulations contained in this part apply on all public lands, excluding marine waters, but including **all inland waters, both navigable and non-navigable, within and adjacent to the exterior boundaries** of the following areas:

(30) All components of the Wild and Scenic River System located outside the boundaries of National Parks, National Preserves, or National Wildlife Refuges, including segments of the Alagnak River, Beaver Creek, Birch Creek, **Delta River**, Fortymile River, **Gulkana River**, and Unalakleet River.

Hope this helps,

Lisa

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Lisa Maas
Acting Policy Coordinator/Wildlife Biologist
Office of Subsistence Management
U.S. Fish and Wildlife Service
Anchorage, AK
907-786-3357

---

**From:** Mulligan, Benjamin J (DFG) <ben.mulligan@alaska.gov>
**Sent:** Friday, July 31, 2020 3:24 PM
**To:** Maas, Lisa <Lisa_Maas@fws.gov>
**Cc:** mark.burch <mark.burch@alaska.gov>; Pappas, George E <george_pappas@fws.gov>
**Subject:** [EXTERNAL] FW: News Release: Changes in Federal Moose and Caribou Hunting Regulations in Unit 13: Frequently asked questions on closure of Federal public lands to non-Federally qualified users

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Lisa,

Since you're the contact on the FAQs I felt comfortable contacting you directly as long as I copied George.

In the FAQs under #5 it talks about the distinction of a non-federally qualified hunter being able to hunt only between the edge of the water and the ordinary high water mark and I'm wondering why that distinction? Why couldn't a non-federally qualified user take a moose or caribou that was standing in the water?

Thanks,

Ben


-----Original Message-----
From: fws-fsb-subsistence <fws-fsb-subsistence-bounces@lists.fws.gov> On Behalf Of Federal Subsistence News
Sent: Friday, July 31, 2020 12:02 PM
To: FW7 Subsistence <FW7_Subsistence@fws.gov>
Cc: Clark, Karen <karen_clark@fws.gov>; Boario, Sara D <sara_boario@fws.gov>
Subject: Subsistence: News Release: Changes in Federal Moose and Caribou Hunting Regulations in Unit 13: Frequently asked questions on closure of Federal public lands to non-Federally qualified users

***********************************************************************
Federal Subsistence Board listserver

This list is for subscription only. You cannot reply to a message. You can view the news release archive or issues of importance in Subsistence at:
https://urldefense.com/v3/__http://www.doi.gov/subsistence/index.cfm__;!IJ2_8gdp6gZQ!4o5Fhq_gq1CCrV0xJucXqzFXLB4-JsiIWM3X3g-6BY7SCogACfLEkyQr37z9g36Ke9-iTgS

For further information about a news release or event, call the phone number or email the contact listed in the news release.
***********************************************************************

# Changes in Caribou Hunting Regulations in Unit 23
## Frequently Asked Questions on Closure of
## Federal Public Lands to Non-Federally Qualified Users
### Important July 2017 Update



There has been an important change in the closure of federal public lands in Game Management Unit 23 to non-federally qualified users. Last year (2016-17) all federal public lands in this unit were closed to caribou hunting by non-federally qualified users. This year (2017-18) only some federal public lands are closed to non-federally qualified users (see map on following page). This is the result of the Federal Subsistence Board's decision on a request submitted by the Northwest Arctic Subsistence Regional Advisory Council.

This fact sheet answers common questions about this closure. The main highlights are:

- **The closure for 2017-18 is different than in 2016-17: This year only SOME of the Federal public lands in Game Management Unit 23 are closed to caribou hunting by "non-Federally qualified users."**
  - o The following page describes the area affected by the closure for 2017-18, which we will refer to as the "closure area," including the Squirrel, Eli and Agashashok (Aggie) River drainages and parts of the Noatak River.
- Only "Federally qualified users" are allowed to hunt caribou on Federal public lands in the closure area (see #2 and #3 below).
- "Federal public lands" in the closure area are lands and waters managed by the National Park Service and Bureau of Land Management.
  - o State and private lands, including Alaska Native corporation lands (e.g. NANA and KIC lands) are NOT subject to this closure.
  - o Federal public lands outside the closure area are NOT subject to the closure.
- This closure ONLY applies to caribou hunting, not hunting for other animals such as moose, bear, etc.
- This closure is in effect for one regulatory year (July 1, 2017 through June 30, 2018).

For more information, please contact the appropriate land manager below:

| National Park Service | U.S. Fish & Wildlife Service | Bureau of Land Management |
|---|---|---|
| Maija Lukin | Susan Georgette | Bruce Seppi |
| Superintendent | Refuge Manager | Biologist |
| (907) 442-3890 | (907) 442-3799 | (907) 267-1282 |
| maija_lukin@nps.gov | susan_georgette@fws.gov | bseppi@blm.gov |

This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 1 of 5





The Federal Subsistence Board has enacted a temporary closure for a limited area of Unit 23. The closed area covers Federal public lands within the Squirrel, Eli, and Agashashok (Aggie) River drainages, and within a 10 mile wide corridor (5 miles either side) along the Noatak River from the western boundary of Noatak National Preserve upstream to the confluence with the Cutler River. The closure restricts caribou hunting by non-Federally qualified users, but allows subsistence hunting by Federally qualified subsistence users for the July 1, 2017 – June 30, 2018 regulatory year.

The closure area is shown in the map below with a black outline and black crosshatching lines.



This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 2 of 5

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/10/20   Exhibit 3   Page 4 of 7

## 2. Who is eligible to hunt caribou on federal public lands in Unit 23?

Beginning July 1, 2017, ONLY "Federally qualified users" are eligible to hunt caribou on Federal public lands in the closure area. "Federally qualified users" are rural residents who have been determined by the Federal Subsistence Board to have a customary and traditional use of caribou in Unit 23 (see #3 for more information).

Other Federal public lands in Unit 23 outside the closure area are open to caribou hunting as they would generally be under State hunting regulations; however, National Park Service lands have additional restrictions on eligibility to hunt on Cape Krusenstern National Monument, Kobuk Valley National Park and Gates of the Arctic National Park (see #3 below for more information).

## 3. Who is a "Federally qualified user" for caribou in Unit 23?

You must have your primary, permanent place of residence in one of the following units or communities to be a "Federally qualified user" eligible to hunt caribou on Federal public lands in the closure area in Unit 23:

| Eligible Game Management Units | This includes but is not limited to these communities: |
|---|---|
| Unit 21D (west of the Koyukuk and Yukon Rivers and Galena) | Galena, Kaltag, Koyukuk, and Nulato |
| Unit 22 | Brevig Mission, Council, Elim, Gambell, Golovin, Koyuk, Little Diomede, Nome, Saint Michael, Savoonga, Shaktoolik, Shishmaref, Stebbins, Teller, Unalakleet, Wales, and White Mountain |
| Unit 23 | Ambler, Buckland, Deering, Kiana, Kivalina, Kobuk, Kotzebue, Noatak, Noorvik, Point Hope, Selawik, and Shungnak |
| Unit 24 (including residents of Wiseman but not including other residents of the Dalton Highway Corridor Management Area) | Alatna, Allakaket, Anaktuvuk Pass, Bettles, Evansville, Hughes, Huslia, Wiseman |
| Unit 26A | Atqasuk, Barrow, Nuiqsut, Point Lay, and Wainwright |

Anyone permanently residing in a Game Management Unit NOT on this list, including areas such as Anchorage, Fairbanks, Mat-Su Valley, Kenai, etc., is a "non-Federally qualified user" and is NOT eligible to hunt caribou on Federal public lands in the closure area during 2017-18. This includes former residents (both Alaska Native and non-Native) of the units listed above, even if they grew up in those units. Non-Federally qualified users may still hunt caribou in Unit 23 on some Federal public lands outside the closure area (see NPS info below), and on State-managed lands and private lands.

IMPORTANT NOTE: The National Park Service has additional restrictions on who can hunt for any species in Cape Krusenstern National Monument, Kobuk Valley National Park, and Gates of the Arctic National Park. These areas are open ONLY to subsistence hunters who reside in "resident zone communities." For Cape Krusenstern National Monument and Kobuk Valley National Park, "resident zone communities" include all communities within the NANA region. For Gates of the Arctic National Park, "resident zone communities" include the communities of Ambler, Kobuk, Shungnak, Anaktuvuk Pass, Nuiqsut, Wiseman, Bettles/Evansville, Alatna, Allakaket, and Hughes.

-------------------------------------------------------------------------------------------

This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 3 of 5

  

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/10/20   Page 5 of 7
Exhibit 3, Page 21 of 34

## 4. What are "Federal public lands?"

This closure applies to "Federal public lands" within the closure area described in #1. Under Federal law, Federal public lands in the closure area include all Federal land, and **all waters** within and adjacent to the external boundaries of Noatak National Preserve. On Bureau of Land Management (BLM) lands, the closure applies to BLM lands and to non-navigable waters adjacent to BLM lands. Please see the map on page 2 for general location of Federal public lands in the closure area; contact the respective land manager for information about specific areas.

## 5. How long will this closure be in effect?

Unless rescinded earlier, this closure of caribou hunting to non-Federally qualified users is in effect for one regulatory year beginning July 1, 2017 through June 30, 2018.

## 6. If I am NOT eligible to hunt caribou, can I help someone who is eligible?

If you are not eligible to hunt caribou, you can be present but CANNOT participate in the taking of caribou on Federal public lands in the closure area. Once the take is complete, you may assist the hunter with the cleaning, salvage, or processing of a legally harvested animal. Please see the definitions section at the end of this fact sheet for the definition of "taking" or consult with the appropriate Federal land manager.

## 7. If I'm eligible to hunt, can I send or give caribou to people not eligible to hunt?

Yes. You can share legally taken caribou with whoever you want.

## 8. Can a non-Federally qualified user take caribou from a boat or while caribou are swimming?

A non-Federally qualified user CANNOT take caribou in or from the water in closed portions of Noatak National Preserve, where rivers and water bodies are subject to Federal subsistence regulations (see #4). These waters are considered "Federal public lands" and are closed to the taking of caribou beginning July 1, 2017 by non-Federally qualified users.

The regulations are different for Bureau of Land Management (BLM) lands. The closure applies to BLM lands and to non-navigable waters adjacent to BLM lands. In areas generally under BLM management, such as the Squirrel River drainage, rivers or water bodies adjacent to lands owned or selected by the State of Alaska or Alaska Native corporations or other private lands are not subject to this closure. This includes much of the lower Squirrel River corridor. This means that non-Federally qualified users are not prohibited from hunting swimming caribou in waters adjacent to State or Alaska Native corporation lands in the Squirrel River area, if they otherwise would be allowed to do so. Please contact BLM for more details.

## 9. Can a non-Federally qualified user take caribou on gravel bars along navigable waters below the "ordinary high water mark" when the adjacent uplands are Federal public lands?

When the adjacent uplands are Federal public lands, the strip of land—often a gravel or mud bar—between the edge of a river and the "ordinary high water mark" is open in some areas to caribou

--------------------------------------------------------------------------------------------------
This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 4 of 5

  

Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/10/20   Exhibit 22 Page 6 of 7

hunting by non-Federally qualified users. For the 2017-18 closure area, non-Federally qualified users are allowed to hunt caribou between the edge of a river and the ordinary high water mark along navigable waters in Noatak National Preserve and on BLM lands.

PLEASE NOTE: While non-Federally qualified users are allowed to hunt caribou between the edge of a river and the ordinary high water mark, both the hunter AND the caribou must be *above* the actual water line but *below* the mean high water mark for the harvest to be legal. **Hunters are strongly urged to use caution and extremely good judgment if hunting in this narrow strip of land to avoid the risk of violating the law.**

### *10. How do I know where the "ordinary high water mark" is?*

In the field, the "ordinary high water mark" generally means where vegetation starts along a water body. The technical definition of ordinary high water mark is defined at the end of this fact sheet.

### *11. Can a non-Federally qualified user who legally takes a caribou below the ordinary high water mark bring their game back to a camp on Federal public lands above the ordinary high water mark?*

Yes, but the hunter should have proof that the caribou was taken below the ordinary high water mark. A cell phone photo of the kill site is one way to do this.

---

DEFINITIONS

*Family* means all persons related by blood, marriage, or adoption or any other person living within the household on a permanent basis (from 50 CFR 100.4).

*Take* or *taking* as used with respect to fish or wildlife, means to pursue, hunt, shoot, trap, net, capture, collect, kill, harm, or attempt to engage in any such conduct (from 50 CFR 100.4).

The *ordinary high water mark* on a non-tidal river is the line on the shore established by the fluctuations of water and indicated by physical characteristics such as a clear, natural line impression on the bank; shelving; changes in the character of soil; destruction of terrestrial vegetation; the presence of litter and debris; or other appropriate means that consider the characteristics of the surrounding areas [from 33 CFR 329.11(a)(1)].

This fact sheet was produced jointly by the U. S. Fish & Wildlife Service, National Park Service and Bureau of Land Management. Page 5 of 5



Case 3:20-cv-00195-SLG   Document 3-3   Filed 08/10/20   Page 23 of 34
Exhibit 3 Page 7 of 7



# Department of Fish and Game

OFFICE OF THE COMMISSIONER
Headquarters Office

1255 West 8ᵗʰ Street
P.O. Box 115526
Juneau, Alaska 99811-5526
Main: 907.465.6136
Fax: 907.465.2332

# MEMORANDUM

| | | | |
|---|---|---|---|
| **TO:** | Anthony Christianson, Chair<br>Federal Subsistence Board | **DATE:** | May 20, 2020 |
| | | **PHONE:** | 267-2190 |
| **FROM:** | Ben Mulligan  *BJM*<br>Deputy Commissioner | **SUBJECT:** | Wildlife Special<br>Actions 01, 02, & 03 |

The Alaska Department of Fish and Game (ADF&G) has reviewed Wildlife Special Actions WSA20-01, WSA20-02, WSA20-03. Temporary Special Action Request WSA20-01, submitted by William Amburg, requests a continuous caribou season in Unit 13 from Aug. 1-Mar. 31, and that the caribou harvest limit in Unit 13 remainder be changed to two caribou for the 2020/21 and 2021/22 seasons. Temporary Special Action Request WSA20-02, submitted by the Ahtna Intertribal Resource Commission, requests the development of a community harvest system for moose and caribou in Units 11, 12, and 13. Given the Board's recent action on Wildlife Proposal WP18-19, only the Unit 12 requests will be considered in the analysis for this special action. Temporary Special Action Request WSA20-03, submitted by Kirk Wilson, requests that the Board close Federal public lands in Unit 13 to the harvest of moose and caribou except for Federally qualified subsistence users for the 2020/21 season.

The State of Alaska, Department of Fish and Game (ADF&G) appreciates the opportunity to provide comments on these Special Action requests.

## Background

### Caribou

ADF&G maintains the Nelchina caribou herd with the objective of 35,000–40,000 animals remaining in the herd after the fall hunting season. The strategy behind this objective is to maintain the herd below carrying capacity to prevent overgrazing of summer or winter range and allow for a relatively stable level of harvest annually. Caribou herds typically display cyclical patterns of growing population abundance, when significant numbers of caribou may be harvested, but if population growth is not curbed then populations will go into an inevitable decline after the herd exceeds the carrying capacity of its range. These precipitous declines are often followed by extended periods of little or no harvest to allow a herd to recover to a level where sustainable harvest may be allowed. Nelchina caribou herd management is an approach

that has been in place since the mid-1990s with the intent of reducing the extent to which the herd abundance fluctuates, thus allowing harvest annually and avoiding prolonged periods of little or no harvest.

The mild winters and productive summers of 2014, 2015, and 2016 resulted in high productivity within the Nelchina herd and population abundance increased steadily. A significant increase in harvest was necessary to stop population growth and reduce caribou abundance to within population objectives before herd grazing resulted in negative effects on nutritional availability on the herd's range.

Fall abundance estimates are used to predict abundance for the following summer, and the appropriate number of draw permits are issued in February for the following hunting season. The department increased the number of draw permits for RY16, which was the only regulatory option to increase caribou harvest for the Nelchina caribou herd at that time. Public outreach efforts were utilized to encourage harvest; overall harvest (state and federal combined) increased from 4,169 caribou in RY15 to 6,296 caribou in RY16. This was a period of overabundance, and this level of harvest should not be expected annually for Nelchina caribou hunters. Despite this high level of harvest, herd abundance remained well above population objectives after both the fall and winter hunts and remained at   its previous level in 2017 (the herd was not reduced). The maximum number of draw permits were issued for RY17 and 4,890 caribou were harvested. Following the fall hunt, Nelchina caribou abundance remained above population objectives by more than 1,400 animals. Given this information, the maximum number of draw permits were issued for RY18.

Over the winter of 2017/2018, adult mortality was higher than predicted and calf recruitment was lower than average. Additionally, in the spring of 2018 the Nelchina herd displayed lower parturition rates than it had in previous years. These factors, including the 2018 calf crop being lower than in recent years, resulted in an abundance estimate for the summer of 2018 that was above the lower end of the population objectives. The reduction in abundance in 2018 was a natural fluctuation that, while not predictable in terms of precise timing, was expected if herd abundance remained above objectives. Had harvest been reduced in RY15, RY16, or RY17, the natural reduction in Nelchina caribou abundance in 2018 may have been much more drastic than observed. The herd has returned to a more manageable size just below or within population objectives, and permit numbers and harvest levels will return to more typical levels. Regardless, the number of draw permits issued in a given year does not affect actual harvest, as draw hunts are regulated with quotas in years such as 2018, when draw permits were issued in February according to the fall abundance estimate, and an accumulation of natural events resulted in a lower than predicted abundance estimate in the following summer.

With the reduction of the herd in 2018, an overall quota of 5% of the herd (1,800 animals) was set to utilize harvestable surplus while still allowing for herd growth. Predicting a federal harvest of 400 animals and a CC001 harvest of 150 bulls, quotas were set for the remaining hunts as: 500 bulls for RC561, 500 bulls for RC562, and 250 bulls for DC485 (Table 1).

The Unit 13 federal caribou season FC1302 opened on August 1, 2018 with no competition from state hunters. CC001 (838 permits) opened on August 10th and remained open until September 20th.  Only 376 CC001 hunters have reported hunting in RY18. RC561 opened on August 10th as well, but the quota was achieved, and the hunt was closed by emergency order on August 18th. Less than 1,800 RC561 hunters hunted Unit 13 over this time period. DC485 opened on August 20th; the quota was met, and the hunt was closed by emergency order on August 26th; 1,223 DC485 hunters hunted in Unit 13 over this time period. Only federal hunters and CC001 hunters

were in the field from August 27th until September 1st when RC562 opened. The quota for RC562 was reached at the close of the regularly scheduled season on September 20th; 2,080 RC562 hunters hunted Unit 13 over this time period. Only federal hunters remained in the field from September 21st until the fall season closed on September 30th. CC001 was the only state hunt to reopen for the winter season on October 21st when the federal season also reopened. State hunts, however, were limited to bulls only while the federal hunts remained either sex. Both hunts remained open until March 31st. Caribou migrated across federal lands in Unit 13 in late October and early November in 2018. Only 63 caribou were harvested by CC001 hunters during the winter season. A total of 260 caribou were harvested by non-subsistence users in RY18. One-thousand-five-hundred eighty-five caribou were harvested by subsistence users, and 19% of the total harvest of Nelchina caribou was taken on FC1302 permits. The Amount Necessary for Subsistence (ANS) for caribou in Unit 13 is 600–1,000

**Table 1.** Unit 13 caribou hunt structure, RY18.

| Hunt | Bag Limit | Permits | Quota | Predicted Harvest | Days Open | Hunted | Actual Harvest |
|------|-----------|---------|-------|-------------------|-----------|--------|----------------|
| RC561 | Bull Only | 4,586 | 500 | 500 | 9 | 1,795 | 530 |
| RC562 | Bull Only | 4,181 | 500 | 500 | 20 | 2,080 | 528 |
| CC001 | Bull Only | 838 | 400 | 150 | 204 | 376* | 167 |
| DC485 | Bull Only | 5,000 | 250 | 250 | 7 | 1,223 | 260 |
| FC1302 | Bull or Cow | 3,082 | - | 400 | 223 | TBD* | 360 |
| | | 17,687 | | 1,800 | | >5,474 | 1,845 |

*Total number of hunters for RY18 has not been finalized; reports as of 5/21/19

For RY19, Nelchina caribou grouped-up in large photographable aggregations and the herd had very high productivity. The federal caribou season opened August 1st and closed on September 30th. The new youth caribou hunt (YC495; 200 permits) opened on August 1st – closing on August 5th. No state hunters were in the field from August 6th through the 9th. On August 10th CC001 opened (810 permits), as well as RC561 (2,790 permits). RC561 closed on August 31st and RC562 opened on September 1st (2,884 permits). DC485 opened on August 29th (399 permits). This hunt structure resulted in significantly less caribou hunters in Unit 13 at any given time, compared to the previous seven seasons. Due to slow harvest rates for both state and federal hunters, additional opportunity for state permits was created for September 21st through September 30th. This allowed federal hunters holding state permits to continue to hunt on state lands in addition to federal lands during this period. Caribou migrated across the Richardson Highway and largely out of Unit 13 during the season closure of October 1st through October 20th. Harvestable surplus for RY19 was not harvested during the fall season, and all regularly scheduled caribou seasons reopened on October 21st and closed on March 31st.

**Moose**

Following the standard moose hunt structure for Unit 13, the federal season for RY19 opened on August 1st and closed on September 20th. No other moose hunters were in the field from August 1st until CM300 opened on August 20th. There were 2,140 CM300 permits for RY19, but in RY18 only 662 CM300 hunters actually hunted out of 2,331 permits issued. On September 1st, the state general moose season opened, as did DM324 (5 permits) and DM335–DM339 (115 permits combined). All moose hunts closed on September 20th.

## Management Strategies

The Amount Necessary for Subsistence (ANS) for caribou in Unit 13 is 600–1,000 and the ANS for moose in Unit 13 is 300–600. Harvestable surplus and harvest for both caribou and moose in Unit 13 were well above the ANS in RY18 with 1,845 caribou and at least 790 moose harvested. Total moose harvest for RY18 in Unit 13 has not been finalized, as harvest data continues to be coded for GM000. Federal permit holders harvesting caribou in Unit 13 where caribou are available on federal subsistence hunt areas annually harvest 7%–19% of the total Nelchina caribou harvest (most recent five-year average = 11%). Federal permit holders harvesting moose on federal lands in Unit 13 account for 8%–10% of the total moose harvest in Unit 13 (most recent five-year average = 9%).

Federal hunt data does not support the interpretation that the number of state hunters in the field negatively impacts either moose or caribou hunt success on federal permits in Unit 13. In RY10–RY13 the average number of annual state moose hunters in Unit 13 was 4,602 (Table 2). This average increased to 5,190 state moose hunters for RY14–RY17. Federal permit success during those time periods actually increased from a four-year average of 5% to a four-year average of 7%; federal hunt success increased from a four-year average of 10% to 13%; federal catch per unit effort (CPUE 100dy) also increased from a four-year average of 1.53 moose per 100 days of effort to a four-year average of 2.15 moose per 100 days of effort. In RY18 the number of state moose hunters in Unit 13 dropped to 4,553, but federal moose permit success also dropped to 4%, federal hunt success dropped to 10%, and federal CPUE dropped to 1.7 moose per 100 days.

Table 2. Unit 13 Federal Moose Harvest and State Moose Hunter Numbers

| RY | FM1301 Harvest | FM1301 Permits | FM1301 Hunted | Permit Success | Hunt Success | State Hunters | Total Unit 13 Harvest | % Harvest on FM1301 Permits | FM1301 CPUE (100dy) |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 77 | 1,172 | 669 | 7% | 12% | 4,239 | 777 | 10% | 1.4 |
| 2011 | 80 | 1,327 | 680 | 6% | 12% | 4,156 | 826 | 10% | 1.8 |
| 2012 | 59 | 1,292 | 645 | 5% | 9% | 4,896 | 625 | 9% | 1.4 |
| 2013 | 50 | 1,205 | 535 | 4% | 9% | 5,116 | 624 | 8% | 1.5 |
| 2014 | 86 | 1,313 | 656 | 7% | 13% | 4,649 | 845 | 10% | 2.1 |
| 2015 | 85 | 1,330 | 699 | 6% | 12% | 5,039 | 966 | 9% | 2 |
| 2016 | 99 | 1,385 | 685 | 7% | 14% | 5,866 | 983 | 10% | 2.3 |
| 2017 | 90 | 1,399 | 686 | 6% | 13% | 5,208 | 905 | 10% | 2.2 |
| 2018 | 61 | 1,357 | 631 | 4% | 10% | 4,553* | 790* | 8% | 1.7 |

*Total number of GM000 hunters and harvest for RY18 in Unit 13 has not been finalized; reports as of 5/21/2019

Similarly, for RY10–RY13 the four-year average for number of state caribou hunters in Unit 13 was 4,849 (Table 3). This four-year average increased to 7,214 state caribou hunters for RY14–RY17. Permit success during those time periods remained stable with four-year averages of 14% for both time periods; hunt success remained stable with four-year averages of 28% for both time periods; catch per unit effort (CPUE 100dy) decreased slightly from a four-year average of 4.80 caribou per 100 days of effort to a four-year average of 4.62 caribou per 100 days of effort. In RY18 the total number of state caribou hunters dropped to roughly 5,474 hunters; while federal reporting is not complete at this time to provide hunt success or CPUE for RY18, the overall permit success actually dropped to 11% with the decrease of state hunters in the field. Federal hunt success for caribou is likely impacted more by the timing of caribou migration across federal lands than by the number of state hunters in the field.

Table 3. Unit 13 Federal Caribou Harvest and State Caribou Hunter Numbers

| RY | Bull Harvest | % of Harvest | Cow Harvest | % of Harvest | Total Harvest | Permits | Permit Success | Permits Hunted | Hunt Success | CPUE | State Permits | State Hunters |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | FC1302 | | | | | | | |
| 2010 | 316 | 70% | 130 | 29% | 452 | 2,852 | 16% | 1,536 | 29% | 5.1 | 4,755 | 3,279 |
| 2011 | 281 | 71% | 113 | 29% | 395 | 2,980 | 13% | 1,425 | 28% | 4.8 | 4,598 | 3,260 |
| 2012 | 326 | 61% | 203 | 38% | 537 | 2,953 | 18% | 1,518 | 35% | 6 | 8,449 | 6,198 |
| 2013 | 210 | 75% | 68 | 24% | 279 | 2,781 | 10% | 1,305 | 21% | 3.3 | 12,567 | 6,654 |
| 2014 | 177 | 75% | 59 | 25% | 237 | 2,943 | 8% | 1,395 | 17% | 2.6 | 7,164 | 4,718 |
| 2015 | 444 | 75% | 147 | 25% | 595 | 3,064 | 19% | 1,562 | 38% | 6.9 | 8,895 | 5,735 |
| 2016 | 299 | 61% | 192 | 39% | 491 | 3,158 | 16% | 1,532 | 32% | 5.4 | 14,475 | 9,649 |
| 2017 | 207 | 58% | 145 | 41% | 354 | 3,071 | 12% | 1,517 | 23% | 3.6 | 14,446 | 8,754 |
| 2018 | 220 | 63% | 129 | 37% | 352 | 3,082 | 11% | - | - | - | 14,605 | 5,474 |
| 2019 | - | - | - | - | - | - | - | - | - | - | 7,083 | - |

Federally qualified subsistence hunters wishing to harvest moose and caribou in Unit 13 can and do participate in subsistence and general season hunts for moose or caribou offered by the State of Alaska, which allow these hunters to access wildlife resources on all public lands in Unit 13. Federally qualified subsistence caribou hunters in Unit 13 may choose to hunt state lands in addition to federal lands by participating in Tier I registration hunts (RC561 or RC562) or the Community Subsistence Harvest opportunity (CC001). Federally qualified subsistence moose hunters in Unit 13 may choose to hunt state lands in addition to federal lands by participating in the general season moose hunt (GM000) or the Community Subsistence Harvest opportunity (CM300).

While no hunting-related accidents have been reported in Unit 13 to substantiate a public safety concern related to excessive hunting pressure on Unit 13 federal lands at large, questionable hunting practices do create a public safety concern when caribou are migrating across the Richardson Highway in late fall or early winter. This public safety concern is most often a result of traffic jams caused by hunters walking on and/or parking on the pavement of the Richardson Highway in narrow and dangerous sections of the road in an attempt to harvest caribou that have just been witnessed crossing the road. This situation occurs every year when caribou cross during open hunting seasons, even during times when state hunts are closed and only federal hunters have the opportunity to harvest animals during the migration across the highway. This public safety concern is a realistic argument presented in WSA19-03, but this concern would not be addressed by eliminating state hunters from hunting on federal lands. If this public safety concern is to be addressed, the most effective way to do so would be to consider a corridor along the Richardson Highway in which all hunting is prohibited within a given distance from the centerline of the highway.

**Position**

Harvestable surplus and harvest levels for both moose and caribou in Units 12 & 13 are well above ANS. The Nelchina caribou herd in RY19 returned to an overabundance that necessitated increased harvest. Surveys will be conducted in June and July 2020 to ascertain current productivity and abundance for the Nelchina caribou herd. There is no conservation concern at this time. WSA20-01 seeks to open the caribou season during the rut, a time when many consider the meat of bull caribou to be unpalatable. ADF&G is Opposed on that aspect of the proposal. Most caribou herds in Alaska are

managed with a break during the rut to allow time for uninterrupted breeding and to discourage the potential take of unpalatable meat. The proposal also seeks to change the bag limit from 2 caribou, sex to be announced by the federal manager to just two caribou. ADF&G sees no justification for diminishing the manager's discretion in this way, but annual bag limits and in-season changes should be set in consultation with state wildlife managers.

WSA20-02 seeks to establish a community harvest system for moose and caribou similar to the action taken by the Federal Subsistence Board under WP18-19. ADF&G does not take a position on administration procedures for federal hunts.

WSA20-03 seeks to close federal public lands to moose and caribou hunting except for federally qualified users. There is no evidence that hunting pressure has displaced moose or caribou from traditional migration corridors. The data indicate that restricting federal lands to federally qualified hunters is not likely to impact hunt success for federally qualified hunters. The action proposed in WSA20-03 action will not address the perceived public safety concern on federal lands during the caribou hunting season particularly along the Richardson Hwy.


Cc:    Eddie Grasser, Director, Division of Wildlife Conservation
       Lisa Olson, Operations Manager, Subsistence Section
       Cheryl Brooking, Assistant Attorney General, Department of Law
       George Pappas, State Liaison, Office of Subsistence Management



**Department of Fish and Game**

OFFICE OF THE COMMISSIONER
Headquarters Office
1255 West 8th Street
P.O. Box 110024
Juneau, Alaska 99811-5526
Main: 907.465.6136
Fax: 907.465.2332

# MEMORANDUM

| | | | |
|---|---|---|---|
| TO: | Anthony Christensen, Chair, Federal Subsistence Board | DATE: | May 31, 2019 |
| | | PHONE: | 267-2190 |
| FROM | Ben Mulligan BSM Deputy Commissioner | SUBJECT: | Wildlife Special Action Request 19-03 |

---

The Alaska Department of Fish and Game (ADF&G) appreciates the opportunity to provide comments on the Special Action request WSA19-03 regarding user access to federal public lands in GMU13 for moose and caribou hunting in regulatory year 2019.

**Caribou**

ADF&G manages the Nelchina caribou herd with the objective of 35,000–40,000 caribou after the fall hunting season. The strategy behind this objective is to maintain the herd below carrying capacity to prevent overgrazing of summer or winter range and allow for a relatively stable level of harvest annually. Caribou herds typically display cyclical patterns of increasing and declining population abundance. When populations are above management objectives significant numbers of caribou may be harvested, but if population growth is not curbed the populations will inevitably decline after the herd exceeds the carrying capacity of its range. These precipitous declines are often followed by extended periods of little or no harvest to allow a herd to recover to a level where sustainable harvest may be allowed. The current Nelchina caribou herd management strategy has been in place since the mid-1990s with the intent of reducing the extent to which the herd abundance fluctuates. This approach allows for annual harvest and predictability for hunters without prolonged periods of little or no harvest.

The mild winters and productive summers of 2014, 2015, and 2016 resulted in high productivity within the Nelchina herd and population abundance increased steadily. A significant increase in harvest was necessary to stop population growth and reduce caribou abundance to within

population objectives before herd grazing resulted in negative effects on forage nutritional availability on the herd's range.

Fall population estimates are used to predict abundance for the following summer, and the appropriate number of draw permits are issued in February for the following hunting season (regulatory year, July 1-June 30). The department increased the number of draw permits for RY16, which was the only regulatory option to increase caribou harvest for the Nelchina caribou herd at that time. Public outreach efforts were utilized to encourage harvest; overall harvest (state and federal combined) increased from 4,169 caribou in RY15 to 6,296 caribou in RY16. This was a period of overabundance when herd size reduction was desired. This level of harvest should not be expected annually for Nelchina caribou hunters. Despite increased harvest in RY 16 herd abundance remained well above population objectives after both the fall and winter hunts and remained at its previous level in 2017 (the herd was not reduced). The maximum number of draw permits were issued for RY17 and 4,890 caribou were harvested. Following the fall hunt, Nelchina caribou abundance remained above population objectives by more than 1,400 animals. Given this information, the maximum number of draw permits were issued for RY18.

Over the winter of 2017/2018, adult mortality was higher than predicted and calf recruitment was lower than average. Additionally, in the spring of 2018 the Nelchina herd displayed lower parturition rates than it had in previous years. These factors, including the 2018 calf crop being lower than in recent years, resulted in an abundance estimate for the summer of 2018 that was lower but still above the lower end of the population objectives. The reduction in abundance in 2018 was a natural fluctuation that, while not predictable in terms of precise timing, was expected if herd abundance remained above objectives. Had harvest been reduced in RY15, RY16, or RY17, the natural reduction in Nelchina caribou abundance in 2018 may have been much more drastic than observed because of limited forage resources. The herd has returned to a more manageable size within population objectives and permit numbers and harvest levels will return to more typical levels.

With the reduction of the herd in 2018, an overall quota of 5% of the herd (1,800 animals) was set to utilize harvestable surplus while still allowing for herd growth. Predicting a federal harvest of 400 animals and a CC001 harvest of 150 bulls, quotas were set for the remaining hunts as follows (Table 1):
- 500 bulls for RC561
- 500 bulls for RC562
- 250 bulls for DC485

The Unit 13 federal caribou season FC1302 opened on August 1, 2018 with no competition from state hunters. CC001 (838 permits) opened on August 10th and remained open until September 20th. To date, only 376 CC001 hunters have reported hunting in RY18. RC561 opened on August 10th as well, but the quota was achieved, and the hunt was closed by emergency order on August 18th. Less than 1,800 RC561 hunters hunted Unit 13 over this time period. DC485 opened on August 20th; the quota was met, and the hunt was closed by emergency order on August 26th; 1,223 DC485 hunters hunted in Unit 13 over this time period. Only federal hunters and CC001 hunters were in the field from August 27th until September 1st when RC562 opened. The quota for RC562 was reached at the close of the regularly scheduled season on September 20th; 2,080 RC562 hunters hunted Unit 13 over this time period. Only federal hunters remained in the field from September 21st until the fall season closed on September 30th. CC001 was the only state hunt to reopen for the winter season on October 21st when the federal season also reopened. State

hunts, however, were limited to bulls only while the federal hunts remained either sex. Both hunts remained open until March 31$^{st}$. Caribou migrated across federal lands in Unit 13 in late October and early November in 2018. Only 63 caribou were harvested by CC001 hunters during the winter season. A total of 260 caribou were harvested by non-subsistence users in RY18. Subsistence users took 1,585 caribou , and 19% of the total harvest of Nelchina caribou was taken on FC1302 permits.

**Table 1.** Unit 13 caribou hunt structure, RY18.

| Hunt | Bag Limit | Permits | Quota | Predicted Harvest | Days Open | Hunted | Actual Harvest |
|------|-----------|---------|-------|-------------------|-----------|--------|----------------|
| RC561 | Bull Only | 4,586 | 500 | 500 | 9 | 1,795 | 530 |
| RC562 | Bull Only | 4,181 | 500 | 500 | 20 | 2,080 | 528 |
| CC001 | Bull Only | 838 | 400 | 150 | 204 | 376* | 167 |
| DC485 | Bull Only | 5,000 | 250 | 250 | 7 | 1,223 | 260 |
| FC1302 | Bull or Cow | 3,082 | - | 400 | 223 | TBD* | 360 |
| | | 17,687 | | 1,800 | | >5,474 | 1,845 |

*Total number of hunters for RY18 has not been finalized; reports as of 5/21/19

For RY19 the federal caribou season will open August 1$^{st}$ and close on September 30$^{th}$. The new youth caribou hunt (YC495; 200 permits) will also open on August 1$^{st}$ – closing on August 5$^{th}$. No state hunters will be in the field from August 6$^{th}$ through the 9$^{th}$, nor from September 21$^{st}$ through September 30$^{th}$, when only federal hunters will be in the field. On August 10$^{th}$ CC001 will open (810 permits), as well as RC561 (2,790 permits). RC561 will close on August 31$^{st}$ and RC562 will open on September 1$^{st}$ (2,884 permits). DC485 will open on August 29$^{th}$ (399 permits). This hunt structure will result in significantly less caribou hunters in Unit 13 at any given time, compared to the previous seven seasons. Harvestable surplus for RY19 is expected to be similar to the harvestable surplus in RY18, and it is likely that CC001 will be the only state hunt to reopen for the winter season on October 21$^{st}$.

**Moose**

Following the standard moose hunt structure for Unit 13, the federal season for RY19 will open on August 1$^{st}$ and will close on September 20$^{th}$. No other moose hunters will be in the field from August 1$^{st}$ until CM300 opens on August 20$^{th}$. There are 2,140 CM300 permits for RY19, but in RY18 only 662 CM300 hunters actually hunted out of 2,331 permits issued. On September 1$^{st}$ the state general moose season will open, as will DM324 (5 permits) and DM335–DM339 (115 permits combined). All moose hunts will close on September 20$^{th}$.

**Management Strategies**

Federally qualified subsistence hunters wishing to harvest moose and caribou in Unit 13 can and do participate in subsistence and general season hunts for moose and caribou offered by the State of Alaska, which allow these hunters to access wildlife resources on all public lands in Unit 13. Federally qualified subsistence caribou hunters in Unit 13 may choose to hunt state lands in addition to federal lands by participating in Tier I registration hunts (RC561 or RC562) or the

Community Subsistence Harvest opportunity (CC001). Federally qualified subsistence moose hunters in Unit 13 may choose to hunt state lands in addition to federal lands by participating in the general season moose hunt (GM000) or the Community Subsistence Harvest opportunity (CM300).

The Amount Necessary for Subsistence (ANS) for caribou in Unit 13 is 600–1,000 and the ANS for moose in Unit 13 is 300–600. Harvestable surplus and harvest for both caribou and moose in Unit 13 were well above the ANS in RY18 with 1,845 caribou and at least 790 moose harvested. Total moose harvest for RY18 in Unit 13 has not been finalized, as harvest data continues to be coded for GM000. Federal permit holders harvesting caribou in Unit 13 where caribou are available on federal subsistence hunt areas annually harvest 7%–19% of the total Nelchina caribou harvest (most recent five-year average = 11%). Federal permit holders harvesting moose on federal lands in Unit 13 account for 8%–10% of the total moose harvest in Unit 13 (most recent five-year average = 9%).

Federal hunt data does not support the interpretation that the number of state hunters in the field negatively impacts either moose or caribou hunt success on federal permits in Unit 13. In RY10–RY13 the average number of annual state moose hunters in Unit 13 was 4,602 (Table 2). This average increased to 5,190 state moose hunters for RY14–RY17. Federal permit success during those time periods actually increased from a four-year average of 5% to a four-year average of 7%; federal hunt success increased from a four-year average of 10% to 13%; federal catch per unit effort (CPUE 100dy) also increased from a four-year average of 1.53 moose per 100 days of effort to a four-year average of 2.15 moose per 100 days of effort. In RY18 the number of state moose hunters in Unit 13 dropped to 4,553, but for all federal moose permits issued success also dropped to 4%, of those federal permits hunted success dropped to 10%, and federal CPUE dropped to 1.7 moose per 100 days of effort.

**Table 2.** Unit 13 Federal Moose Harvest and State Moose Hunter Numbers

| RY | FM1301 Harvest | FM1301 Permits | FM1301 Hunted | Permit Success | Hunt Success | State Hunters | Total Unit 13 Harvest | % Harvest on FM1301 Permits | FM1301 CPUE (100dy) |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 77 | 1,172 | 669 | 7% | 12% | 4,239 | 777 | 10% | 1.4 |
| 2011 | 80 | 1,327 | 680 | 6% | 12% | 4,156 | 826 | 10% | 1.8 |
| 2012 | 59 | 1,292 | 645 | 5% | 9% | 4,896 | 625 | 9% | 1.4 |
| 2013 | 50 | 1,205 | 535 | 4% | 9% | 5,116 | 624 | 8% | 1.5 |
| 2014 | 86 | 1,313 | 656 | 7% | 13% | 4,649 | 845 | 10% | 2.1 |
| 2015 | 85 | 1,330 | 699 | 6% | 12% | 5,039 | 966 | 9% | 2 |
| 2016 | 99 | 1,385 | 685 | 7% | 14% | 5,866 | 983 | 10% | 2.3 |
| 2017 | 90 | 1,399 | 686 | 6% | 13% | 5,208 | 905 | 10% | 2.2 |
| 2018 | 61 | 1,357 | 631 | 4% | 10% | 4,553* | 790* | 8% | 1.7 |

*Total number of GM000 hunters and harvest for RY18 in Unit 13 has not been finalized; reports as of 5/21/2019

Similarly, for RY10–RY13 the four-year average for number of state caribou hunters in Unit 13 was 4,849 (Table 3). This four-year average increased to 7,214 state caribou hunters for RY14–RY17. Permit success during those time periods remained stable with four-year averages of 14% for both time periods; hunt success remained stable with four-year averages of 28% for both time periods; catch per unit effort (CPUE 100dy) decreased slightly from a four-year average of 4.80

caribou per 100 days of effort to a four-year average of 4.62 caribou per 100 days of effort. In RY18 the total number of state caribou hunters dropped to roughly 5,474 hunters; while federal reporting is not complete at this time to provide hunt success or CPUE for RY18, the overall permit success actually dropped to 11% with the decrease of state hunters in the field. Federal hunt success for caribou is likely impacted more by the timing of caribou migration across federal lands than by the number of state hunters in the field.


cc:    Eddie Grasser, Director, ADF&G, Division of Wildlife Conservation
       Lisa Olson, Assistant Director, ADF&G, Subsistence
       Cheryl Brooking, Assistant Attorney General, Department of Law
       George Pappas, State Liaison, Office of Subsistence Management