KEVIN G. CLARKSON
ATTORNEY GENERAL

Cheryl R. Brooking (Alaska Bar No. 9211069)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5162
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

Attorney for State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game,<br><br>    Plaintiffs,<br><br>v.<br><br>The FEDERAL SUBSISTENCE BOARD;<br>et al.,<br><br>    Defendants. | Case No.: 3:20-cv-00195-SLG<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify a true and correct copy of **Order Re Motions for Temporary Restraining Orders and Preliminary Injunctions [Docket 10]**, and this **Certificate of Service** were served via USPS Certified Mail and Email on the following:

Deborah Simpson
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513
*Deborah.simpson@usdoj.gov*

**Deborah Simpson is accepting service on behalf of all defendants (listed on page 2).**

                                    /s/ Cheryl R. Brooking     8/18/2020
                                    Cheryl R. Brooking       Date
                                    Assistant Attorney General

The Federal Subsistence Board
U.S. Fish and Wildlife Service
1011 E. Tudor Road, Mail Stop 121
Anchorage, AK 99503

David Schmid, Regional Supervisor
U.S. Forest Service
Alaska Regional Office
PO Box 21628
Juneau, AK 99802-1628

Greg Siekaniec,
Alaska Regional Director, U.S. FWS
U.S. Fish & Wildlife Service
Alaska Region
1011 East Tudor Road
Anchorage, AK 99503

Anthony Christianson, Chair
Federal Subsistence Board
U.S. Fish and Wildlife Service
1011 E. Tudor Road, Mail Stop 121
Anchorage, AK 99503

Chad Padgett, State Director BLM
Alaska State Office BLM
222 W 7th Avenue #13
Anchorage, AK 99513

Charlie Brower
Federal Subsistence Board
U.S. Fish and Wildlife Service
1011 E. Tudor Road, Mail Stop 121
Anchorage, AK 99503

Don Striker,
Alaska Regional Supervisor NPS
National Park Service,
Alaska Regional Office
240 West 5th Avenue, Suite 114
Anchorage, AK 99501

Sonny Perdue III, U.S. Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue, S.W.
Washington, DC 20250

Rhonda Pitka
Federal Subsistence Board
U.S. Fish and Wildlife Service
1011 E. Tudor Road, Mail stop 121
Anchorage, AK 99503

Gene Peltola,
Alaska Regional Director of BIA
Alaska Region Regional Office
Indian Affairs
3601 C Street Suite 1200
Anchorage, AK 99503-5947

David Bernhardt,
U.S. Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Bryan Schroder
United States Attorney, District of Alaska
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

William P Barr,
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001