Matthew N. Newman (ABA No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
mnewman@narf.org
dougherty@narf.org
kendall@narf.org

*Attorneys for [Applicant] Intervenor-Defendant Organized Village of Kake*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL SUBSISTENCE BOARD, *et al.*, <br><br> Defendants, <br><br> and <br><br> ORGANIZED VILLAGE OF KAKE, <br><br> [Applicant] Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG <br><br><br> **[APPLICANT] INTERVENOR DEFENDANT'S MOTION TO INTERVENE** |

Applicant Intervenor-Defendant's Motion to Intervene  Page **1** of **3**
*State of Alaska v. Federal Subsistence Board*  Case No. 3:20-cv-00195-SLG

Case 3:20-cv-00195-SLG   Document 20   Filed 08/27/20   Page 1 of 3

Pursuant to Fed. R. Civ. P. 24, the Organized Village of Kake moves to intervene as a defendant in the above-captioned matter. Attorneys for Plaintiff State of Alaska have not responded to the Tribe's communication on August 26 requesting its position on the Tribe's intervention motion. Attorneys for Federal Defendants represent they will reserve taking a position on the Tribe's motion to intervene until after reviewing the motion and associated pleadings.

Respectfully submitted this 27th day of August, 2020.

/s/ Matthew N. Newman
Matthew N. Newman (ABA No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
mnewman@narf.org
dougherty@narf.org
kendall@narf.org

Richard D. Monkman (ABA No. 8011101)
Lloyd B. Miller (ABA No. 7906040)
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Telephone: (907) 258-7388
Facsimile: (907) 272-8332
lloyd@sonosky.net
rdm@sonosky.net

*Attorneys for [Applicant] Intervenor-Defendant Organized Village of Kake*

Applicant Intervenor-Defendant's Motion to Intervene  Page **2** of **3**
*State of Alaska v. Federal Subsistence Board*  Case No. 3:20-cv-00195-SLG

Case 3:20-cv-00195-SLG   Document 20   Filed 08/27/20   Page 2 of 3

Certificate of Service

I hereby certify that on August 27, 2020, a true and correct copy of the foregoing document was served electronically pursuant to the Court's electronic filing procedures upon the following:

Kevin G. Clarkson
Attorney General
Cheryl Brooking (ABA No. 9201169)
Senior Assistant Attorney General
ALASKA DEPARTMENT OF LAW
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-276-3697
cheryl.brooking@alaska.gov

*Attorneys for Plaintiff State of Alaska*


Paul A. Turcke (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-353-1389
Facsimile: 202-305-0506
paul.turcke@usdoj.gov

*Attorney for Defendants Federal Subsistence Board, et al.*


    /s/ Matthew N. Newman
    Matthew N. Newman (ABA No. 1305023)

Applicant Intervenor-Defendant's Motion to Intervene     Page **3** of **3**
*State of Alaska v. Federal Subsistence Board*     Case No. 3:20-cv-00195-SLG

Case 3:20-cv-00195-SLG   Document 20   Filed 08/27/20   Page 3 of 3