
  

ADF&G v. FSB; No. 20-cv-0195 SLG
Intervenor-Def.'s EX 1 - Page 1 of 1