Matthew N. Newman (ABA No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
mnewman@narf.org
dougherty@narf.org
kendall@narf.org

*Attorneys for [Applicant] Intervenor-Defendant Organized Village of Kake*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>Defendants,<br><br>and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>[Applicant] Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

**[Proposed] ORDER GRANTING THE ORGANIZED VILLAGE OF KAKE'S MOTION TO INTERVENE**

Having considered the motion to intervene submitted by The Organized Village of

Kake pursuant to Federal Rule of Civil Procedure 24, and any opposition thereto, it is

hereby ORDERED that the motion is GRANTED.  The Organized Village of Kake is joined as a defendant in this case and that the caption in all future filings in this action be adjusted accordingly.

SIGNED this _____ day of _____, 2020.

_____
Hon. Sharon L. Gleason
United States District Judge

Certificate of Service

I hereby certify that on August 27, 2020, a true and correct copy of the foregoing document was served electronically pursuant to the Court's electronic filing procedures upon the following:

Kevin G. Clarkson
Attorney General
Cheryl Brooking (ABA No. 9201169)
Senior Assistant Attorney General
ALASKA DEPARTMENT OF LAW
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-276-3697
cheryl.brooking@alaska.gov

*Attorneys for Plaintiff State of Alaska*


Paul A. Turcke (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-353-1389
Facsimile: 202-305-0506
paul.turcke@usdoj.gov

*Attorney for Defendants Federal Subsistence Board, et al.*


    /s/Matthew N. Newman
    Matthew N. Newman (ABA No. 1305023)