# DEER HARVEST OVERLAY

**2020-2021**
EXPIRES JANUARY 31, 2021

**2020-GD000-0305731-77**

TODAY'S DATE: MM / DD / YYYY

DL STATE | DRIVER'S LICENSE (DL) NUMBER | DATE OF BIRTH: MM / DD / YYYY

HUNTING LICENSE NUMBER

☐ AK RESIDENT  ☐ NONRESIDENT

FIRST NAME (AS SHOWN ON DRIVER'S LICENSE) | MI | LAST NAME (AS SHOWN ON DRIVER'S LICENSE)

POST OFFICE BOX, ROUTE AND BOX NUMBER, OR STREET ADDRESS

CITY | STATE | ZIP CODE

NAME OF PRIMARY COMMUNITY WHERE YOU LIVE (IF DIFFERENT FROM CITY ABOVE) | COUNTRY

PLEASE PRINT CLEARLY - USE ALL CAPS - PRINT IN INK
See back for instructions

**Harvest Tickets 1–6** (D20-0305731-77):
DEER HARVEST TICKET (NON-TRANSFERABLE) REGULATORY YEAR 2020-21 EXPIRES JANUARY 31, 2021

UPON TAKING A DEER, VALIDATE THIS TICKET BY CUTTING OUT MONTH AND DAY OF KILL. HARVEST TICKETS MUST BE USED IN SEQUENTIAL ORDER.

REMOVE THIS HARVEST TICKET FROM REPORT AND KEEP IT IN YOUR POSSESSION AT ALL TIMES UNTIL DEER IS DELIVERED TO THE LOCATION WHERE IT WILL BE PROCESSED. SEE YOUR STATE AND FEDERAL REGULATIONS.

---

# DEER HARVEST REPORT

**2020-2021** EXPIRES JANUARY 31, 2021
NON-TRANSFERABLE

Fill out and return this report to Fish and Game within 15 days after taking the legal bag limit or within 15 days after the close of the season if unsuccessful or did not hunt.
To report online: http://hunt.alaska.gov/

2020-GD000-0305731-77

**I hunted deer** ☐ YES ☐ NO   Please complete for each hunt trip you made or, a proxy or designated hunter made for you.

| SPECIFIC LOCATION OF EACH HUNT TRIP (e.g., west shore of Young Bay, Admiralty Is.; upper Fish Creek, Douglas Is.; south side Barometer Mtn., Kodiak Is.) Reports of personal harvest locations are confidential | GMU/ SUBUNIT (EXAMPLE: 1A, 6B) | MONTH OF HUNT (CODE) | # OF DAYS HUNTED | # OF BUCKS KILLED | # OF DOES KILLED | METHOD OF TAKE (CODE) | TRANSPORT USED (CODE) |
|---|---|---|---|---|---|---|---|
| Trip 1. | | | | | | | |
| Trip 2. | | | | | | | |
| Trip 3. | | | | | | | |
| Trip 4. | | | | | | | |
| Trip 5. | | | | | | | |
| Trip 6. | | | | | | | |

Month of Hunt Code: July = 07, Aug = 08, Sept = 09, Oct = 10, Nov = 11, Dec = 12, Jan = 01

Method of Take Code: FIREARM = 1, BOW = 2, OTHER = 3

**CHECK COMMERCIAL SERVICES USED:**
☐ 1. NONE
☐ 2. TRANSPORT TO FIELD
☐ 3. NON-GUIDED HUNTING SERVICES
☐ 4. REGISTERED GUIDE  GUIDE'S NAME: _____
☐ 5. LODGE/CAMP
☐ 6. OTHER _____

**TRANSPORT CODES** I GOT TO WHERE I STARTED WALKING BY:
01. AIRPLANE   04. 4 WHEELER   07. HIGHWAY VEHICLE
02. HORSE/DOG TEAM  05. SNOW MACHINE  08. NO TRANSPORTATION USED
03. BOAT    06. OFF ROAD VEHICLE  10. AIRBOAT

I HEREBY CERTIFY THAT THE INFORMATION PROVIDED HEREIN IS ACCURATE AND TRUE. MAKING A FALSE STATEMENT ON A REPORT IS A MISDEMEANOR (5AAC92).

HUNTER'S SIGNATURE

## VENDOR

- Do NOT issue to anyone less than 10 years of age
- If applicant is a resident age 10 to 17, write their age instead of a hunting license number (e.g. AGE00015)
- Write the number of this ticket (e.g. D20-XXXXXXX-XX) on the applicant's license.

**2020-2021**
**DEER HARVEST OVERLAY**

TODAY'S DATE: 07 01 2020

2020-GD000-0000000-00 ← TICKET NUMBER CAN BE FOUND ABOVE THE BARCODE ON THE HARVEST OVERLAY (FRONT SIDE).

EXPIRES JANUARY 31, 2021

DL STATE: AK
DRIVER'S LICENSE (DL) NUMBER: 1234567
DATE OF BIRTH: 01 01 1960

HUNTING LICENSE NUMBER: 12345678
[X] AK RESIDENT  [ ] NONRESIDENT

FIRST NAME: JOHN
MI: D
LAST NAME: DOE

POST OFFICE BOX, ROUTE AND BOX NUMBER, OR STREET ADDRESS: 123 MAIN ST

CITY: JUNEAU  STATE: AK  ZIP CODE: 99811

NAME OF PRIMARY COMMUNITY WHERE YOU LIVE (IF DIFFERENT FROM CITY ABOVE): DOUGLAS
COUNTRY: USA

-Detach this card and return to:
ALASKA DEPARTMENT
OF FISH AND GAME

---

**LAND STATUS:** MUCH OF ALASKA IS IN MIXED LAND OWNERSHIP. IT IS YOUR RESPONSIBILITY TO CHECK WITH THE LAND OWNER BEFORE YOUR HUNT. CONTACT THE BUREAU OF LAND MANAGEMENT, FISH & WILDLIFE SERVICE, NATIONAL PARK SERVICE, ALASKA DEPT. OF NATURAL RESOURCES, U.S. FOREST SERVICE OR NATIVE CORPORATIONS FOR LOCAL AND STATUS INFORMATION. YOU ARE REQUIRED TO REPORT YOUR DEER HUNTING ACTIVITIES. PLEASE RETAIN YOUR TICKET NUMBER FOR REPORTING PURPOSES.

DEER HARVEST TICKET 2020-2021

**LAND STATUS:** MUCH OF ALASKA IS IN MIXED LAND OWNERSHIP. IT IS YOUR RESPONSIBILITY TO CHECK WITH THE LAND OWNER BEFORE YOUR HUNT. CONTACT THE BUREAU OF LAND MANAGEMENT, FISH & WILDLIFE SERVICE, NATIONAL PARK SERVICE, ALASKA DEPT. OF NATURAL RESOURCES, U.S. FOREST SERVICE OR NATIVE CORPORATIONS FOR LOCAL AND STATUS INFORMATION. YOU ARE REQUIRED TO REPORT YOUR DEER HUNTING ACTIVITIES. PLEASE RETAIN YOUR TICKET NUMBER FOR REPORTING PURPOSES.

DEER HARVEST TICKET 2020-2021

**LAND STATUS:** MUCH OF ALASKA IS IN MIXED LAND OWNERSHIP. IT IS YOUR RESPONSIBILITY TO CHECK WITH THE LAND OWNER BEFORE YOUR HUNT. CONTACT THE BUREAU OF LAND MANAGEMENT, FISH & WILDLIFE SERVICE, NATIONAL PARK SERVICE, ALASKA DEPT. OF NATURAL RESOURCES, U.S. FOREST SERVICE OR NATIVE CORPORATIONS FOR LOCAL AND STATUS INFORMATION. YOU ARE REQUIRED TO REPORT YOUR DEER HUNTING ACTIVITIES. PLEASE RETAIN YOUR TICKET NUMBER FOR REPORTING PURPOSES.

DEER HARVEST TICKET 2020-2021

**LAND STATUS:** MUCH OF ALASKA IS IN MIXED LAND OWNERSHIP. IT IS YOUR RESPONSIBILITY TO CHECK WITH THE LAND OWNER BEFORE YOUR HUNT. CONTACT THE BUREAU OF LAND MANAGEMENT, FISH & WILDLIFE SERVICE, NATIONAL PARK SERVICE, ALASKA DEPT. OF NATURAL RESOURCES, U.S. FOREST SERVICE OR NATIVE CORPORATIONS FOR LOCAL AND STATUS INFORMATION. YOU ARE REQUIRED TO REPORT YOUR DEER HUNTING ACTIVITIES. PLEASE RETAIN YOUR TICKET NUMBER FOR REPORTING PURPOSES.

DEER HARVEST TICKET 2020-2021

**LAND STATUS:** MUCH OF ALASKA IS IN MIXED LAND OWNERSHIP. IT IS YOUR RESPONSIBILITY TO CHECK WITH THE LAND OWNER BEFORE YOUR HUNT. CONTACT THE BUREAU OF LAND MANAGEMENT, FISH & WILDLIFE SERVICE, NATIONAL PARK SERVICE, ALASKA DEPT. OF NATURAL RESOURCES, U.S. FOREST SERVICE OR NATIVE CORPORATIONS FOR LOCAL AND STATUS INFORMATION. YOU ARE REQUIRED TO REPORT YOUR DEER HUNTING ACTIVITIES. PLEASE RETAIN YOUR TICKET NUMBER FOR REPORTING PURPOSES.

DEER HARVEST TICKET 2020-2021

**LAND STATUS:** MUCH OF ALASKA IS IN MIXED LAND OWNERSHIP. IT IS YOUR RESPONSIBILITY TO CHECK WITH THE LAND OWNER BEFORE YOUR HUNT. CONTACT THE BUREAU OF LAND MANAGEMENT, FISH & WILDLIFE SERVICE, NATIONAL PARK SERVICE, ALASKA DEPT. OF NATURAL RESOURCES, U.S. FOREST SERVICE OR NATIVE CORPORATIONS FOR LOCAL AND STATUS INFORMATION. YOU ARE REQUIRED TO REPORT YOUR DEER HUNTING ACTIVITIES. PLEASE RETAIN YOUR TICKET NUMBER FOR REPORTING PURPOSES.

DEER HARVEST TICKET 2020-2021

---

ALASKA DEPT. OF FISH & GAME
333 RASPBERRY RD
ANCHORAGE, AK 99518-1599

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST CLASS MAIL      PERMIT NO.709      ANCHORAGE, ALASKA

POSTAGE WILL BE PAID BY ADDRESSEE

**Alaska Department of Fish & Game**
WILDLIFE CONSERVATION - INFORMATION SERVICES
333 RASPBERRY RD
ANCHORAGE, AK 99518-9981

Exhibit 1
Page 2 of 4

# STATE OF ALASKA
## Department of Fish and Game

Moose Registration Permit - OVERLAY

Units 3, 1B, and 1C, south of Point Hobart, Moose Registration Permit Hunt

*2020RM0380000193*

HUNT: **RM038**
YEAR: 2020-2021
PERMIT: 0000193-32

TODAY'S DATE (MM-DD-YYYY) | DL STATE | STATE ISSUED DRIVER'S LICENSE (DL)/ID NUMBER | OR ☐ I DON'T HAVE A STATE ISSUED DRIVER'S LICENSE (DL)/ID NUMBER

DATE OF BIRTH (MM-DD-YYYY) | FULL LEGAL FIRST NAME | MI | FULL LEGAL LAST NAME | SUFFIX

POST OFFICE BOX, ROUTE AND BOX NUMBER, OR STREET ADDRESS

CITY | STATE | ZIP | TELEPHONE NUMBER

COMMUNITY OF PRINCIPAL RESIDENCE | AK RESIDENCY (AK RESIDENT / NON RESIDENT) | HUNTING LICENSE NUMBER | BIG GAME LOCKING-TAG #

EMAIL ADDRESS

PLEASE PRINT CLEARLY - USE ALL CAPS

---

Department copy. Return to ADF&G, PO Box 667, Petersburg, AK 99833-0667

## PERMIT HUNT CONDITIONS

This permit is valid for taking one legal moose in Unit 3, 1B and 1C south of Point Hobart, as covered by Registration Hunt RM038 in accordance with the current Alaska Hunting Regulations and conditions described below:

1. The video "Is This Moose Legal" must be viewed before receiving a permit. This video may be viewed at ADF&G offices or online at www.legalmoose.adfg.alaska.gov

2. Season dates: September 15 - October 15, 2020.

3. Legal moose: One bull moose with a spike or forked antler, or 50-inch or greater antler spread, or 3 or more brow tines on one antler, or 2 brow tines on both antlers. In the RM038 moose hunt a damaged, broken, or altered antler is not considered a spike-fork antler.

4. Special Conditions: Hunting with the use of a motorized land vehicle is prohibited in Unit 1B, except to retrieve moose, establish camps, or check boats. Additional restrictions apply to motorized vehicle & equipment use in congressionally designated Wilderness. Contact the local U.S. Forest Service office for details.

5. Successful hunters must return the completed hunt report, and submit the lower front teeth (on a 5-inch section of jaw) and the antlers (attached to the skull plate), to ADF&G representatives in Petersburg, Douglas, Kake, Ketchikan, Sitka, or Wrangell within 5 days of kill.

6. Unsuccessful hunters and permittees that did not hunt must return the completed hunt report to ADF&G, or report online at http://hunt.alaska.gov, within 15 days of close of season. If you fail to report, you will not be eligible to receive any permits the next regulatory year. In addition, your name may be turned over to the Alaska Wildlife Troopers for enforcement action.

---

You must comply with all permit hunt conditions, additional requirements, and restrictions, as well as what is published in the permit hunt supplements, and Alaska hunting regulations for this regulatory year.

JAN FEB MAR APR MAY JUN
1–16
JUL AUG SEP OCT NOV DEC

You must keep this permit in your possession while hunting and until you deliver your animal to the place of processing.

Hunt: **RM038**
Year: 2020-2021
Permit: 0000193-32

Permit Holder: _____

**Legal Animal:**
1 Bull Moose with a spike or forked antler, or 50-inch or greater antler spread, or 3 or more brow tines on one antler, or 2 brow tines on both antlers.

**Specimens Required:**
Lower front teeth (on 5-inch section of jaw), and antlers (attached to the skull plate)

**Reporting Requirements**
Successful Hunters:
must return the completed hunt report to an ADF&G representative in Petersburg, Douglas, Kake, Ketchikan, Sitka, or Wrangell within 5 days of kill.

Unsuccessful or Did Not Hunt:
must return the completed hunt report to ADF&G, or report online at http://hunt.alaska.gov, within 15 days of close of season.

### STATE OF ALASKA *Department of Fish and Game*
Moose Registration Permit - REPORT

Units 3, 1B, and 1C, south of Point Hobart, Moose Registration Permit Hunt

DID YOU HUNT? YES ☐ NO ☐

*2020RM0380000193* Hunt: **RM038**
Year: 2020-2021
Permit: 0000193-32

CHECK COMMERCIAL SERVICES USED (CHECK ALL THAT APPLY):
☐ 1. NONE ☐ 2. TRANSPORT TO FIELD ☐ 3. NON-GUIDED HUNTING SERVICES
☐ 4. REGISTERED GUIDE (INCLUDE NAME): ☐ 5. LODGE/CAMP ☐ 6. OTHER:

TRANSPORTATION USED BEFORE WALKING
01. AIRPLANE  04. 4 WHEELER  08. ON FOOT
02. HORSE/DOG TEAM  05. SNOW MACHINE  09. OTHER
03. BOAT  06. OFF ROAD VEHICLE  10. AIRBOAT
07. HIGHWAY VEHICLE

Fill out table below for both SUCCESSFUL and UNSUCCESSFUL hunting trip(s). The bag limit is 1.

| DATE HUNT STARTED (MM/DD/YYYY) | # OF DAYS HUNTED | GMU HUNTED | LOCATION OF HUNT/KILL (SPECIFIC AREA, NEAREST LANDMARK) | ADF&G USE ONLY | TRANSPORT (ENTER NUMBER FROM ABOVE) | DID YOU KILL A MOOSE? (Y/N) | DATE OF KILL (MM/DD/YYYY) | SEX (M/F) (ONLY IF SUCCESSFUL) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ANTLER CONFIGURATION**
CALF ☐  SPIKE/FORK ☐  TOTAL POINTS LEFT ___ RIGHT ___  LARGER THAN SPIKE/FORK ☐  SPREAD (IN.) ___  # BROW TINES LEFT ___ RIGHT ___

**NUMBER OF MOOSE SEEN:**
BULLS ___
COWS ___
CALVES ___

X _____
Permit Holder's Printed Name | Permit Holder's Signature

Successful Reporting Requirements: must return the completed hunt report to an ADF&G representative in Petersburg, Douglas, Kake, Ketchikan, Sitka...

Unsuccessful/Did Not Hunt Reporting Requirements: must return the completed hunt report to ADF&G, or report online at http://...

**Exhibit 1**

## PERMIT HUNT CONDITIONS

This permit is valid for taking one legal moose in Unit 3, 1B and 1C south of Point Hobart, as covered by Registration Hunt RM038 in accordance with the current Alaska Hunting Regulations and conditions described below:

1. The video "Is This Moose Legal" must be viewed before receiving a permit. This video may be viewed at ADF&G offices or online at www.legalmoose.adfg.alaska.gov

2. Season dates: September 15 - October 15, 2020.

3. Legal moose: One bull moose with a spike or forked antler, or 50-inch or greater antler spread, or 3 or more brow tines on one antler, or 2 brow tines on both antlers. In the RM038 moose hunt a damaged, broken, or altered antler is not considered a spike-fork antler.

4. Special Conditions: Hunting with the use of a motorized land vehicle is prohibited in Unit 1B, except to retrieve moose, establish camps, or check boats. Additional restrictions apply to motorized vehicle & equipment use in congressionally designated Wilderness. Contact the local U.S. Forest Service office for details.

5. Successful hunters must return the completed hunt report, and submit the lower front teeth (on a 5-inch section of jaw) and the antlers (attached to the skull plate), to ADF&G representatives in Petersburg, Douglas, Kake, Ketchikan, Sitka, or Wrangell within 5 days of kill.

6. Unsuccessful hunters and permittees that did not hunt must return the completed hunt report to ADF&G, or report online at http://hunt.alaska.gov, within 15 days of close of season. If you fail to report, you will not be eligible to receive any permits the next regulatory year. In addition, your name may be turned over to the Alaska Wildlife Troopers for enforcement action.

You must comply with all permit hunt conditions, additional requirements, and restrictions, as well as what is published in the permit hunt supplements, and Alaska hunting regulations for this regulatory year.

I agree to comply with the permit hunt conditions for this hunt and understand that a violation of these permit conditions is a misdemeanor. I certify that I am eligible to receive this permit because I reported on all permits I was issued last regulatory year as required under 5AAC 85 and 5AAC 92. Making a false statement on a permit application or report is a misdemeanor and is punishable under AS 11.56.210, AS 16.05.420 and 5AAC 92.020.

| Permit Holder's Signature | Issuing Officer's Signature | Date |
|---|---|---|

Place Stamp Here

**STATE OF ALASKA**
*Department of Fish and Game*

Alaska Department of Fish and Game
Division of Wildlife Conservation
PO Box 667
Petersburg, AK 99833-0667

ADDITIONAL CONDITIONS OF THIS PERMIT

1. This permit is valid for taking the Legal Animal specified on this permit. It is only valid if you have not met or exceeded the bag limit for the species that is specified on this permit anywhere in Alaska during this regulatory year.
2. IMMEDIATELY upon taking your animal, validate this permit by completely removing the day and month of kill.
3. You must comply with all permit hunt conditions, additional requirements, and restrictions, as well as what is published in the permit hunt supplements, and Alaska hunting regulations for this regulatory year.
4. If you fail to report, you will not be eligible to receive any permits (Draw, Targeted, Tier II, or Registration, including Tier I Nelchina caribou) during the next regulatory year, and you may receive a citation.

I agree to comply with the permit hunt conditions for this hunt and understand that a violation of these permit conditions is a misdemeanor. I certify that I am eligible to receive this permit because I reported on all permits I was issued last regulatory year as required under 5AAC 85 and 5AAC 92. Making a false statement on a permit application or report is a misdemeanor and is punishable under AS 11.56.210, AS 16.05.420 and 5AAC 92.020.

X _____
Permit Holder Must sign for permit to be valid