JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game,<br><br>  Plaintiff,<br><br> v.<br><br>The FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>  Federal Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:20-cv-00195-SLG<br>) |

## FEDERAL DEFENDANTS' RESPONSE
## TO MOTION TO INTERVENE

In response to the motion to intervene filed by the Organized Village of Kake (ECF 20), Defendants state that they take no position in opposition to the motion.

DATED: September 11, 2020.

            JEAN E. WILLIAMS
            Deputy Assistant Attorney General
            United States Department of Justice
            Environment and Natural Resources Div.

*State of Alaska v. Federal Subsistence Board*    Case No. 20-cv-00195-SLG
DEFS.' RESPONSE TO MOTION TO INTERVENE                 1

Case 3:20-cv-00195-SLG   Document 26   Filed 09/11/20   Page 1 of 2

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney,
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Federal Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Paul A. Turcke*
PAUL A. TURCKE