PAUL E. SALAMANCA
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game,<br><br>    Plaintiff,<br><br> v.<br><br>The FEDERAL SUBSISTENCE BOARD,<br>*et al.*,<br><br>    Federal Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:20-cv-00195-SLG<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE
## OF FILING AND SERVING THE ADMINISTRATIVE RECORD

In accordance with Local Civil Rule 16.3(b)(1)(A), Defendants Federal

Subsistence Board, *et al.*, hereby provide notice of serving and electronically filing the

Administrative Record for the decision(s) challenged by Plaintiff State of Alaska,

Department of Fish and Game, in this case. A declaration certifying the contents of the

Administrative Record is attached as Exhibit 1. The index of documents contained in the

*State of Alaska v. Federal Subsistence Board*      Case No. 20-cv-00195-SLG
DEFS.' NOTICE OF FILING THE ADMINISTRATIVE RECORD     1

Case 3:20-cv-00195-SLG   Document 32   Filed 10/23/20   Page 1 of 2

Administrative Record is attached as Exhibit 2. The contents of the Administrative Record are filed herewith as Exhibits 3-5. Defendants will further submit to the Court a paper copy of the filed Administrative Record.

DATED: October 23, 2020.

PAUL E. SALAMANCA
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

KENNETH LORD
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4184
ken.lord@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Paul A. Turcke*
PAUL A. TURCKE

*State of Alaska v. Federal Subsistence Board*
DEFS.' NOTICE OF FILING THE ADMINISTRATIVE RECORD

Case No. 20-cv-00195-SLG
2

Case 3:20-cv-00195-SLG   Document 32   Filed 10/23/20   Page 2 of 2