# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>  Defendants,<br><br>  and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>  Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

The administrative record was filed in this case on October 23, 2020 (Docket 32). Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the briefing schedule in this case; the page/word limits of Local Civil Rule 7.4(a) shall also apply.

The parties may by motion for good cause shown seek to modify the briefing schedule page/word limits for this case.

DATED this 26th day of October, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE