CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

Cheryl R. Brooking (Alaska Bar No. 9211069)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

*Attorney for State of Alaska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL SUBSISTENCE BOARD,<br>*et al.*,<br><br>    Defendants.<br><br>    And<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>Intervenor-Defendant | Case No.: 3:20-cv-00195-SLG<br><br>**JOINT MOTION FOR REVIEW OF ADMINISTRATIVE RECORD AND BRIEFING SCHEDULE** |

The State of Alaska, Department of Fish and Game, the Federal Defendants, and the Intervenor-Defendant hereby request and jointly move to modify the schedule described in the Court's Order dated October 26, 2020 (Doc. 33), and propose that the procedures described below apply to the proceedings in this litigation.

As of the date of this motion, the court has ruled on one of the two requests for preliminary injunctions filed by the State. The Federal Defendants provided an administrative record on October 23, 2020 consisting of 476 pages. Plaintiffs are reviewing the record, and the parties agree that the State and Federal Defendants will confer no later than January 8, 2021 to attempt to informally resolve any disagreements regarding the record. If any disagreements cannot be resolved informally, the State shall file any motion challenging the record no later than January 29, 2021.

Upon resolution of any challenges to the record, the parties will jointly submit a briefing schedule to this court for approval. The proposed briefing schedule will include page limitations.

DATED: October 29, 2020.

> CLYDE "ED" SNIFFEN, JR.
> ACTING ATTORNEY GENERAL
>
> By: /s/Cheryl R. Brooking
> Cheryl R. Brooking
> Assistant Attorney General
> Alaska Bar No. 9211069
> Department of Law
> 1031 West Fourth Avenue, Ste. 200
> Anchorage, AK 99501
> Phone: (907) 269-5232
> Facsimile: (907) 276-3697
> Email: cheryl.brooking@alaska.gov
> *Attorney for State of Alaska*

ADF&G v. Federal Subsistence BoardCase No. 3:20-cv-00195-SLG
Joint Motion for Record and BriefingPage 2 of 4
Case 3:20-cv-00195-SLG   Document 34   Filed 10/29/20   Page 2 of 4

Jean E. Williams
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
Paul A. Turcke (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044 202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*


/s/ Matthew N. Newman
Matthew N. Newman (ABA No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
mnewman@narf.org
dougherty@narf.org
kendall@narf.org

Richard D. Monkman (ABA No. 8011101)
Lloyd B. Miller (ABA No. 7906040)
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Telephone: (907) 258-7388
Facsimile: (907) 272-8332
lloyd@sonosky.net
rdm@sonosky.net

*Attorneys for Intervenor-Defendant Organized Village of Kake*

*ADF&G v. Federal Subsistence Board*  Case No. 3:20-cv-00195-SLG
Joint Motion for Record and Briefing  Page 3 of 4
Case 3:20-cv-00195-SLG  Document 34  Filed 10/29/20  Page 3 of 4

## Certificate of Service

I certify that on October 29, 2020, the foregoing **Joint Motion for Review of Administrative Record and Briefing Schedule and [Proposed] Order** was served electronically on all parties and counsel listed on the CM/ECF system in the matter.

/s/Cheryl R. Brooking
Cheryl R. Brooking, Assistant Attorney General