# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL SUBSISTENCE BOARD, *et al.*, <br><br> Defendants, <br><br> and <br><br> ORGANIZED VILLAGE OF KAKE, <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## ORDER RE JOINT MOTION FOR EXTENSION OF ADMINISTRATIVE RECORD AND BRIEFING SCHEDULE

The Court GRANTS the parties' *Joint Motion for Extension of Administrative Record and Briefing Schedule* at Docket 38.

IT IS ORDERED THAT:

The State and Federal Defendants will confer no later than February 18, 2021 to attempt to informally resolve any disagreements regarding the administrative record. If any disagreements cannot be resolved informally, the State will file any motion challenging the record no later than March 15, 2021.

Upon resolution of any challenges to the record, the parties will jointly submit a briefing schedule to this court for approval. The proposed briefing schedule will include page limitations.

DATED this 21st day of January, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00195-SLG, *SOA, Dept. of Fish and Game v. Federal Subsistence Board, et al.*
Order re Joint Motion for Review of Administrative Record and Briefing Schedule
Page 2 of 2
Case 3:20-cv-00195-SLG   Document 39   Filed 01/21/21   Page 2 of 2