JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorneys
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 (Turcke)
202-598-9584 (Boylan)
202-305-0506 (fax)
paul.turcke@usdoj.gov
shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME,<br><br>Plaintiff,<br>v.<br><br>FEDERAL SUBSISTENCE BOARD, et al.,<br><br>Defendants,<br>and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## JOINT MOTION PROPOSING BRIEFING SCHEDULE

In accordance with Local Civil Rules 16.3(c) and 7.4, and the Court's Orders

(ECF 39, 43), Plaintiff State of Alaska, Department of Fish and Game, and Defendants

Federal Subsistence Board, et al., hereby propose and jointly move the Court for an order setting the following schedule for merits briefing:

(1)     Plaintiff's opening brief not to exceed 50 pages or 14,250 words shall be filed not later than June 18, 2021.

(2)     Defendants' brief in opposition not to exceed 50 pages or 14,250 words shall be filed not later than July 16, 2021.

(3)     Intervenor Organized Village of Kake may file a brief not to exceed 25 pages or 7,125 words not later than July 23, 2021.

(4)     Plaintiff's reply brief not to exceed 25 pages or 7,125 words shall be filed not later than August 13, 2021.

Through conferral with the undersigned, counsel to Intervenor Organized Village of Kake have indicated they consent to the proposed schedule.

DATED:  May 18, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By:     /s/ Cheryl Rawls Brooking
        Cheryl Rawls Brooking
        Assistant Attorney General
        Alaska Bar No. 9211069
        Department of Law
        1031 West Fourth Avenue, Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5232
        Facsimile: (907) 276-3697
        Email: cheryl.brooking@alaska.gov

*Attorney for State of Alaska*

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

/s/ Paul A. Turcke
PAUL A. TURCKE
SHANNON BOYLAN
Trial Attorneys
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 (Turcke)
202-598-9584 (Boylan)
202-305-0506 (fax)
paul.turcke@usdoj.gov
shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
PAUL A. TURCKE