TREG R. TAYLOR
ATTORNEY GENERAL

Cheryl R. Brooking (Alaska Bar No. 9211069)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

*Attorney for State of Alaska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL SUBSISTENCE BOARD,<br>*et al.*,<br><br>Defendants.<br><br>And<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>Intervenor-Defendant | Case No.: 3:20-cv-00195-SLG<br><br>**UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE** |

The State of Alaska seeks to amend the briefing schedule by extending the dates two weeks from those established by Order dated May 19, 2021 (ECF 46). Counsel for Defendants and Intervenor-Defendants do not oppose. The new dates are:

(1) Plaintiff's opening brief shall be filed not later than July 2,

2021.

(2) Defendants' brief in opposition shall be filed not later than July 30, 2021.

(3) Intervenor Organized Village of Kake may file a brief not later than August 6, 2021.

(4) Plaintiff's reply brief shall be filed not later than August 27, 2021.

All other provisions of the Order dated May 19, 2021 are to be unchanged.

DATED: June 15, 2021.

           TREG R. TAYLOR
           ATTORNEY GENERAL

      By:   /s/ Cheryl Rawls Brooking
           Cheryl Rawls Brooking
           Assistant Attorney General
           Alaska Bar No. 9211069
           Department of Law
           1031 West Fourth Avenue, Ste. 200
           Anchorage, AK 99501
           Phone: (907) 269-5232
           Facsimile: (907) 276-3697
           Email: cheryl.brooking@alaska.gov
           *Attorney for State of Alaska*

*ADF&G v. Federal Subsistence Board*     Case No. 3:20-cv-00195-SLG
Motion to Amend Briefing Schedule     Page 2 of 3
Case 3:20-cv-00195-SLG   Document 47   Filed 06/15/21   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Hannah B. Pothast*
Hannah B. Pothast
Law Office Assistant

*ADF&G v. Federal Subsistence Board*     Case No. 3:20-cv-00195-SLG
Motion to Amend Briefing Schedule     Page 3 of 3
Case 3:20-cv-00195-SLG   Document 47   Filed 06/15/21   Page 3 of 3