# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>　　　　　　Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## ORDER RE UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Before the Court at Docket 47 is State of Alaska's *Unopposed Motion to Amend the Briefing Schedule*. Defendants and Intervenor-Defendants do not oppose. Good cause being shown, the motion is hereby GRANTED.

IT IS ORDERED that the new dates are:

(1)　Plaintiff's opening brief shall be filed not later than July 2, 2021.

(2)　Defendants' brief in opposition shall be filed not later than July 30, 2021.

(3)　Intervenor Organized Village of Kake may file a brief not later than August 6, 2021.

(4) Plaintiff's reply brief shall be filed not later than August 27, 2021.

All other provisions of the order dated May 19, 2021 are unchanged.

DATED this 16th day of June, 2021 at Anchorage, Alaska.

>*/s/ Sharon L. Gleason*
>UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00195-SLG, *SOA v. FSB, et al.*
Order re Unopposed Motion to Amend Briefing Schedule
Page 2 of 2

Case 3:20-cv-00195-SLG   Document 48   Filed 06/16/21   Page 2 of 2