Jonathan Tillinghast
Alaska Bar No. 7410109
Simpson, Tillinghast, Sheehan & Araujo, PC
One Sealaska Plaza, Suite 300
Juneau, AK 99801
Telephone: (907) 321-3405
Email: jon@stsl.com

*Attorneys for Sealaska Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game,<br><br>    Plaintiff,<br><br>  v.<br><br>The FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>  Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## SEALASKA CORPORATION'S MOTION TO FILE
## BRIEF OF *AMICUS CURIAE*

Sealaska Corporation ("Sealaska") respectfully moves this court for an order permitting Sealaska to file a brief of *amicus curiae* in the above-captioned action. That

Case No. 3:20-cv-00195, *State of Alaska, Dep't of Fish & Game v. Fed. Subsistence Bd., et al.,*
Sealaska Corporation Motion to File Brief of *Amicus Curiae*      *P a g e* | 1

Case 3:20-cv-00195-SLG   Document 51   Filed 08/03/21   Page 1 of 2

brief is lodged with this motion. This motion is supported by the attached memorandum of points and authorities.

DATED: August 3, 2021.

Respectfully submitted,

*/s/ Jonathan Tillinghast*
Jonathan Tillinghast
Alaska Bar No. 7410109
Simpson, Tillinghast, Sheehan & Araujo PC
One Sealaska Plaza, Suite 300
Juneau, Alaska 99801
Telephone: (907) 321-3405
Email: jon@stsl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on Augusts 3, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Jonathan Tillinghast*
Jonathan Tillinghast

Case No. 3:20-cv-00195, *State of Alaska, Dep't of Fish & Game v. Fed. Subsistence Bd., et al.,*
Sealaska Corporation Motion to File Brief of *Amicus Curiae*                                                P a g e | 2

Case 3:20-cv-00195-SLG   Document 51   Filed 08/03/21   Page 2 of 2