IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game,<br><br>    Plaintiff,<br><br>  v.<br><br>The FEDERAL SUBSISTENCE BOARD,<br>*et al.*,<br><br>    Defendants,<br><br>    and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>    Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

**[PROPOSED] ORDER**

Sealaska Corporation having moved for an order permitting the filing of a brief of *amicus curiae* in the above-captioned action, and this court having considered the record in this matter,

IT IS ORDERED that the motion is granted. The brief of *amicus curiae* submitted by Sealaska with its motion shall be filed by the clerk as a part of the record of this case.

DATED this _____ day of _____, 2021.

                                                     _____ _____
                                                   Hon. Sharon L. Gleason
                                                   United States District Court Judge
                                                   District of Alaska