Matthew N. Newman (ABA No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
Maggie Massey (ABA No. 1911098)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
mnewman@narf.org
dougherty@narf.org
kendall@narf.org
massey@narf.org

*Attorneys for Intervenor-Defendant Organized Village of Kake*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL SUBSISTENCE BOARD, *et al.*, <br><br> Defendants, <br><br> and <br><br> ORGANIZED VILLAGE OF KAKE, <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG <br><br><br> **ENTRY OF APPEARANCE** |

Entry of Appearance                                                                 Page **1** of **3**
*State of Alaska v. Federal Subsistence Board*                        Case No. 3:20-cv-00195-SLG
Case 3:20-cv-00195-SLG   Document 56   Filed 08/06/21   Page 1 of 3

Attorney Maggie Massey (Alaska Bar Association No. 1911098) of the NATIVE AMERICAN RIGHTS FUND hereby enters her appearance as additional counsel of record on behalf of the Intervenor-Defendant Organized Village of Kake in the above captioned case.

Respectfully submitted this 6th day of August, 2021.

/s/Maggie Massey
Matthew N. Newman (ABA No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
Maggie Massey (ABA No. 1911098)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
mnewman@narf.org
dougherty@narf.org
kendall@narf.org
massey@narf.org

Richard D. Monkman (ABA No. 8011101)
Lloyd B. Miller (ABA No. 7906040)
SONOSKY, CHAMBERS, SACHSE, MILLER & MONKMAN, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Telephone: (907) 258-7388
Facsimile: (907) 272-8332
lloyd@sonosky.net
rdm@sonosky.net

*Attorneys for Intervenor-Defendant Organized Village of Kake*

Entry of Appearance  Page **2** of **3**
*State of Alaska v. Federal Subsistence Board*  Case No. 3:20-cv-00195-SLG
Case 3:20-cv-00195-SLG   Document 56   Filed 08/06/21   Page 2 of 3

Certificate of Service

I hereby certify that on August 6, 2021, a true and correct copy of the foregoing document was served electronically pursuant to the Court's electronic filing procedures upon the following:

Treg R. Taylor
Attorney General
Cheryl Brooking (ABA No. 9201169)
Senior Assistant Attorney General
ALASKA DEPARTMENT OF LAW
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-276-3697
cheryl.brooking@alaska.gov

*Attorneys for Plaintiff State of Alaska*


Paul A. Turcke (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-353-1389
Facsimile: 202-305-0506
paul.turcke@usdoj.gov

*Attorneys for Defendants Federal Subsistence Board, et al.*


Jonathan Tillinghast (ABA No. 7410109)
Simpson, Tillinghast, Sheehan & Araujo, PC
One Sealaska Plaza, Suite 300
Juneau, AK 99801
Telephone: (907) 321-3405
Email: jon@stsl.com

*Attorney for Amicus Curiae Sealaska Corporation*


/s/Matthew N. Newman
Matthew N. Newman (ABA No. 1305023)

Entry of Appearance  Page **3** of **3**
*State of Alaska v. Federal Subsistence Board*  Case No. 3:20-cv-00195-SLG
Case 3:20-cv-00195-SLG   Document 56   Filed 08/06/21   Page 3 of 3