Anna C. Crary (Alaska Bar No. 1405020)
Andrew B. Erickson (Alaska Bar No. 1605049)
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
Tel: (907) 276-5152
Fax: (907) 276-8433
Email: annac@lbblawyers.com
Email: andye@lbblawyers.com

*Attorneys for Amicus Curiae First Alaskans Institute*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>Department of Fish and Game,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL SUBSISTENCE BOARD, et al.,<br><br>      Defendants,<br><br>  and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>      Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## [PROPOSED] ORDER GRANTING FIRST ALASKANS INSTITUTE'S MOTION TO FILE BRIEF OF *AMICUS CURIAE*

    First Alaskans Institute moved for an order permitting it to appear as an amicus and

file a brief of amicus curiae in this case. Accordingly, FAI's motion is hereby GRANTED.

| | |
|---|---|
| *State of Alaska v. Federal Subsistence Board et al.*<br>[Proposed] Order Granting Motion to File Amicus Curiae | Case No. 3:20-cv-00195-SLG<br>Page 1 of 2 |

FAI is permitted to appear as an amicus, and the Court accepts the amicus brief lodged with FAI's motion.

Dated this ___ day of _____, 2021.

> Hon. Sharon L. Gleason
> United States District Court Judge
> District of Alaska

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, a copy of the foregoing was served by electronic means and all counsel of record by the Court's CM/ECF system.

> /s/ Anna C. Crary
> Anna C. Crary

*State of Alaska v. Federal Subsistence Board et al.*  Case No. 3:20-cv-00195-SLG
[Proposed] Order Granting Motion to File Amicus Curiae  Page 2 of 2

Case 3:20-cv-00195-SLG   Document 57-2   Filed 08/06/21   Page 2 of 2