# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, Department of Fish and Game,<br><br>        Plaintiff,<br>   v.<br><br>FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>        Defendants,<br><br>   and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>        Intervenor-Defendant. | Case No. 3:20-cv-00195--SLG |

### ORDER RE FIRST ALASKANS INSTITUTE'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

Before the Court at Docket 57 is *First Alaskans Institute's Motion for Leave to File Brief of Amicus Curiae*. No response to the motion was filed.

Good cause being shown, IT IS ORDERED that *First Alaskans Institute's Motion for Leave to File Brief of Amicus Curiae* is GRANTED. The proposed amicus brief lodged at Docket 57-1 is accepted as filed.

DATED this 26th day of August, 2021, at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE