# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | |
|---|---|
| STATE OF ALASKA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-00195-SLG |
| | ) |
| FEDERAL SUBSISTENCE BOARD, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Court lacks jurisdiction over the issues associated with the Kake hunt. That portion of the State's claims are moot, and the Federal Subsistence Board's decision to close Unit 13A and 13B to non-subsistence users was not arbitrary or capricious.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: December 3, 2021

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court