# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:20-cv-00195-SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: August 10, 2020

Date of judgment or order you are appealing: December 3, 2021

Docket entry number of judgment or order you are appealing: ECF 65

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

State of Alaska, Department of Fish and Game

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Cheryl Rawls Brooking   **Date** 02/01/2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 *Rev. 12/01/2021*