TREG TAYLOR
ATTORNEY GENERAL

Cheryl R. Brooking (Alaska Bar No. 9211069)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

*Attorney for State of Alaska*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME, | )<br>)<br>) Case No.: 3:20-cv-00195-SLG |
| Plaintiff, | )<br>) |
| v. | ) **STATE OF ALASKA'S**<br>) **NOTICE OF SUPPLEMENTAL** |
| FEDERAL SUBSISTENCE BOARD, *et al.*, | ) **AUTHORITY**<br>)<br>) |
| Defendants, | ) |
| and | )<br>) |
| ORGANIZED VILLAGE OF KAKE, | )<br>) |
| Intervenor-Defendant. | ) |

The State of Alaska files this Notice of Supplemental Authority under Local Civ. R. 7.1(d)(1) to bring this court's attention to two decisions of the United States Supreme Court issued since the time the parties filed briefs in this litigation. Both decisions address the "major questions doctrine," affirming the

State's position that a federal agency has only those powers given by Congress in enabling legislation.

The relevant Supreme Court decisions are *West Virginia v. E.P.A.,* 142 S.Ct 2587 (2022) and *Nat'l Fed'n of Indep. Bus. v. Dep't of Labor, OSHA,* 142 S.Ct. 661 (2022).

These cases pertain to Alaska's Opening Brief, ECF 49 at 8, 11-15, 26-39, and Reply Brief at ECF 62 at 7-19.

DATED: March 29, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ Cheryl R. Brooking
Cheryl R. Brooking
Senior Assistant Attorney General
Alaska Bar No. 9211069
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

*Attorney for State of Alaska*

*ADF&G v. Federal Subsistence Board, et al.,*      Case No.: 3:20-cv-00195-SLG
State of Alaska's Notice of Supplemental Authority      Page 2 of 3
Case 3:20-cv-00195-SLG  Document 70  Filed 03/29/23  Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on **March 29, 2023**, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

                                                                    */s/ Leilani J. Tufaga*
                                                                    Leilani J. Tufaga, Law Office Assistant III

*ADF&G v. Federal Subsistence Board, et al.,*      Case No.: 3:20-cv-00195-SLG
State of Alaska's Notice of Supplemental Authority      Page 3 of 3

Case 3:20-cv-00195-SLG    Document 70    Filed 03/29/23    Page 3 of 3