UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF FISH AND GAME,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL SUBSISTENCE BOARD; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>        Intervenor-Defendant - Appellee. | No. 22-35097<br><br>D.C. No. 3:20-cv-00195-SLG<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered March 14, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                            FOR THE COURT:

                            MOLLY C. DWYER
                            CLERK OF COURT