# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, Department of Fish and Game,<br><br>    Plaintiff,<br> v.<br><br>FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>    Defendants,<br><br> and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>    Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

## ORDER SCHEDULING ORAL ARGUMENT

Oral Argument on the issues presented on remand from the Ninth Circuit Court of Appeals is scheduled for **June 13, 2023, at 1:00 p.m.** in Anchorage Courtroom 2. Each side shall be accorded up to 20 minutes to present their arguments. Defendants and Intervenor-Defendant are accorded a combined total of 20 minutes; if they cannot agree on how to allocate that time, each of those parties will be accorded 10 minutes.

DATED this 9th day of May, 2023 at Anchorage, Alaska.

              */s/ Sharon L. Gleason*
              UNITED STATES DISTRICT JUDGE