# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME<br>*Plaintiff*<br>v.<br>FEDERAL SUBSISTENCE BOARD, ET AL.<br>*Defendants* | )<br>)<br>)  Civil Action No. 3:20-cv-00195-SLG<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Plaintiff's claims associated with the Kake hunt are DISMISSED with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: November 6, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*