# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF Alaska

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:20-cv-00195-SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: August 10, 2020

Date of judgment or order you are appealing: Nov. 7, 2023 and Nov. 3, 2023

Docket entry number of judgment or order you are appealing: Dkt. Nos. 81, 80

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

State of Alaska, Department of Fish and Game

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ● Yes   ○ No

If yes, what is the prior appeal case number? 22-35097

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Cheryl Brooking     **Date** 1/4/24

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> State of Alaska, Department of Fish and Game

Name(s) of counsel (if any):

> Cheryl Brooking (ABA No. 9211069)
> Laura Wolff (ABA No. 1411108)

Address: State, Dep't of Law, 1031 W. 4th Ave., Ste. 200, Anchorage, AK 99501
Telephone number(s): 907-269-5100
Email(s): cheryl.brooking@alaska.gov; laura.wolff@alaska.gov

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Intervenor-Defendant Organized Village of Kake

Name(s) of counsel (if any):

> Nathaniel Amdur-Clark
> Sonosky, Chambers, Sachse, Miller & Monkman, LLP

Address: 510 L St., Ste. 310; Anchorage, AK 99501
Telephone number(s): 907-258-6377
Email(s): nclark@sonosky.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6    Case 3:20-cv-00195-SLG   Document 82   Filed 01/04/24   Page 2 of 4   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Federal Subsistence Board, et al. (see attachment describing named defendants with specificity)

Name(s) of counsel (if any):

Paul Turcke; Shannon Boylan

Address: U.S. Dep't of Justice, PO Box 7611, Washington, D.C. 20044

Telephone number(s): 202-353-1389; 202-598-9584

Email(s): paul.turcke@usdoj.gov; shannon.boylan@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Attachment to State of Alaska's Notice of Appeal

The defendants, as named in the complaint, are as follows:

The FEDERAL SUBSISTENCE BOARD; DAVID SCHMID, in his official capacity as the Regional Supervisor for the United States Forest Service; SONNY PERDUE III, in his official capacity as the United States Secretary of Agriculture; GENE PELTOLA, in his official capacity as Alaska Regional Director, Bureau of Indian Affairs; GREG SIEKANIEC, in his official capacity as Alaska Regional Director, United States Fish and Wildlife Service; CHAD PADGETT, in his official capacity as State Director for Alaska, United States Bureau of Land Management; DON STRIKER, in his official capacity as Alaska Regional Supervisor, National Park Service; DAVID BERNHARDT, in his official capacity as the United States Secretary of the Interior; ANTHONY CHRISTIANSON, in his official capacity as Chair of the Federal Subsistence Board; CHARLIE BROWER, in his official capacity as Member of the Federal Subsistence Board;

To the best of counsel's knowledge, the abovenamed defendants in the abovenamed official positions are the same except as follows:

Tom Vilsack is the Secretary of Agriculture.
Jolene Arnaqulluk John is the Alaska Regional Director of the BIA.
Sara Boario is the Alaska Regional Director of the USFWS.
Steve Cohn is the Alaska Director for the BLM.
Sarah Creachbaum is the Alaska Regional Supervisor for the NPS.
Deb Haaland is the Secretary of the Interior.