Matthew N. Newman (AK Bar No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
mnewman@narf.org
dougherty@narf.org
kendall@narf.org
mcondon@narf.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF FISH AND GAME,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL SUBSISTENCE BOARD, *et al.*,<br><br>Defendants,<br><br>and<br><br>ORGANIZED VILLAGE OF KAKE,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-00195-SLG |

**NOTICE OF WITHDRAW OF COUNSEL**

Please take notice that Matthew N. Newman withdraws his appearance as counsel for Intervenor-Defendant Organized Village of Kake in the above-captioned matter.

Mr. Newman's last day of employment with Native American Rights Fund is

September 27, 2024.

Erin C. Dougherty Lynch, Heather R. Kendall Miller, and Megan R. Condon of Native American Rights Fund and Whitney A. Leonard, Nathaniel H. Amdur-Clark, and Lloyd B. Miller of Sonosky, Chambers, Miller & Monkman, LLP will continue to represent Intervenor-Defendant Organized Village of Kake in this matter.

RESPECTFULLY SUBMITTED this 26th day of September, 2024.

/s/ Matthew N. Newman
Matthew N. Newman (AK Bar No. 1305023)
Erin C. Dougherty Lynch (ABA No. 0811067)
Heather R. Kendall Miller (ABA No. 9211084)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

*Counsel for Intervenor-Defendant Organized Village of Kake*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2024, I electronically filed the foregoing **NOTICE OF WITHDRAW OF COUNSEL** with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
